B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Kaplan, Bruce Alan | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>FDBA Northern Realty Group, Ltd., et al | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-8317 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>512 N. McClurg Court<br>Unit 901<br>Chicago, IL                                        ZIP Code 60611 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | □ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>■ Other | ■ Chapter 7<br>□ Chapter 9<br>□ Chapter 11<br>□ Chapter 12<br>□ Chapter 13<br><br>□ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>□ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>□ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>□ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."     ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>□ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>□ A plan is being filed with this petition.<br>□ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>□ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| □<br>1-<br>49 | □<br>50-<br>99 | □<br>100-<br>199 | □<br>200-<br>999 | □<br>1,000-<br>5,000 | □<br>5,001-<br>10,000 | □<br>10,001-<br>25,000 | □<br>25,001-<br>50,000 | □<br>50,001-<br>100,000 | □<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| □<br>$0 to<br>$50,000 | □<br>$50,001 to<br>$100,000 | □<br>$100,001 to<br>$500,000 | □<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | □<br>$10,000,001<br>to $50<br>million | □<br>$50,000,001<br>to $100<br>million | □<br>$100,000,001<br>to $500<br>million | □<br>$500,000,001<br>to $1 billion | □<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| □<br>$0 to<br>$50,000 | □<br>$50,001 to<br>$100,000 | □<br>$100,001 to<br>$500,000 | □<br>$500,001<br>to $1<br>million | □<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | □<br>$50,000,001<br>to $100<br>million | □<br>$100,000,001<br>to $500<br>million | □<br>$500,000,001<br>to $1 billion | □<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Kaplan, Bruce Alan |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

    ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

    ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

    ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

Kaplan, Bruce Alan

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  /s/ Bruce Alan Kaplan
_____
Signature of Debtor  Bruce Alan Kaplan

**X**  _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

January 25, 2010
_____
Date

#### Signature of Attorney*

**X**  /s/ Steven B. Towbin
_____
Signature of Attorney for Debtor(s)

Steven B. Towbin (#2848546)
_____
Printed Name of Attorney for Debtor(s)

Shaw Gussis et al
_____
Firm Name
321 N. Clark Street
Suite 800
Chicago, IL 60654

_____
Address

312-541-0151  Fax: 312-980-3888
_____
Telephone Number

January 25, 2010
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**  _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X**  _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Bruce Alan Kaplan                                              Case No. _____

Debtor(s)                          Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/ Bruce Alan Kaplan
                      Bruce Alan Kaplan

Date:  January 25, 2010

22 West Monroe Theater, LLC
c/o Nederlander Theatre Mgmt LLC
17 N. State St., Suite 810
Chicago, IL 60602


55 Heritage LLC
c/o Wildman Harold
225 W. Wacker, #3000
Chicago, IL 60606


613 Trust
c/o Gershon Bassman
6039 N. Bernard
Chicago, IL 60659


ADCO Management
c/o Paul Sheridan
190 S. LaSalle Street, Suite 1700
Chicago, IL 60603


Alvin Doppelt
c/o Paul Sheridan
190 S. LaSalle Street, Suite 1700
Chicago, IL 60603


Alvin Doppelt
2296 Rand Rd.
Palatine, IL 60074


Arthur Goldner & Associates
707 Skokie Blvd.
Suite 100
Northbrook, IL 60062


Axis Properties, LLC
450 Skokie Blvd.
Suite 604
Northbrook, IL 60062


BAC Home Loan Servicing, LP
P.O. Box 650070
Dallas, TX 75265


Baldwin Properties
70 W. Hubbard
Chicago, IL 60610

Bank of America
Successor to LaSalle National Bank
231 S. LaSalle
Chicago, IL 60604


Bank of America
100 North Tryon St.
Charlotte, NC 28255


Barnes & Thornburg LLP
Lisa D. Updike
600 One Summit Square
Fort Wayne, IN 46802


Barnes & Thornburg LLP
Alan K. Mills
11 S. Meridian St
Indianapolis, IN 46204-3535


Barry Berhoff
2023 SW Mayflower Dr.
Palm City, FL 34990


Best Western International, Inc
6201 N. 24 Parkway
Phoenix, AZ 85016


Beverly Place, LLC
c/o Ben Rapal, Receiver
3440 S. Dearborn St.
Chicago, IL 60616


Bovis Lend Lease
1 N. Wacker
Suite 800
Chicago, IL 60606


Brett Berhoff
65 E. Scott St.
Apt. 16H
Chicago, IL 60610


BRK Associates, LLC
512 N. McClurg
Chicago, IL 60610

Brock Jordan
Rubin & Levin, P.C.
342 Massachusetts Avenue
Indianapolis, IN 46204


Building Systems Engineering, LLC
1755 Park Street
Suite 150
Naperville, IL 60563


Caren F. Kaplan
512 N. McClurg Court
Unit 901
Chicago, IL 60611


Carlson Companies
701 Carlson Parkway
Hopkins, MN 55305


CBL Interests Limited Partnership
501 Silverside Rd.
Suite 87 A-1
Wilmington, DE 19809


Cendant Hotels
22 Sylvan Way
Parsippany, NJ 07054


Chase Bank
PO Box 9001123
Louisville, KY 40290-1123


Chevron TCI, Inc.
345 California Street
30th Floor
San Francisco, CA 94104


Chicago CartoGraphics
228 S. Wabash #401
Chicago, IL 60604-2306


Choice Hotels International, Inc.
10750 Columbia Pike
Silver Spring, MD 20901

Chuhak & Tecson, P.C.
Attn: Donald J. Russ
30 S. Wacker Dr., Suite 2500
Chicago, IL 60606


City of Chicago
Attn: Patricia Carrier, Dept of Law
121 N. LaSalle St., Room 600
Chicago, IL 60602


City of Chicago
Attn: Commissioner Dept of Planning
121 N. LaSalle St., Room 1000
Chicago, IL 60602


City View America Fund
10877 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90024


Column Financial, Inc.
11 Madison Avenue
5th Floor
New York, NY 10010-3629


Credit Suisse First Boston Mtg Capi
Legal and Compliance Dept
One Madison Ave.
New York, NY 10010


Daley & George
20 S. Clark
Suite 400
Chicago, IL 60603


Dan Musinski
Attn:James M. Camerson, Jr.
2723 South State Street # 400
Ann Arbor, MI 48104


David Malkin, Esq.
950 3rd Ave
32nd Floor
New York, NY 10022-0270

David Unger
c/o Midwesco, Inc.
7720 Leigh Ave.
Niles, IL 60714


Debra Conrardy Mtichell
428 N. Clinton St.
Chicago, IL 60610


Deerfield Development Company LLC
c/o Mesirow-Stein Real Estate Inc.
351N. Clark Street
Chicago, IL 60654


DeHaan & Bach
Attn: Michael B. Bach
11256 Cornell Park Dr., Suite 500
Cincinnati, OH 45242


DLP Piper Rudnick Gray Cary US LLP
Attn: Robert Goldman
203 N. LaSalle St
Chicago, IL 60601


Donohue Brown Mathewson
140 S. Dearborn St.
#700
Chicago, IL 60603


Douglas J. Hanoy/ Feiwell & Hannoy
251 N. Illinois St., Suite 1700
PO Box 4414
Indianapolis, IN 46204


Dykema Gossett PLLC
2723 S. State Street
Suite 400
Ann Arbor, MI 48104


Dykema Gosssett PLLC
135 S. LaSalle, # 1225
Chicago, IL 60603

Earl Liff
400 E. Ohio
Apt. 2001
Chicago, IL 60611


ECS LLC
1575 Barclay Blvd.
Buffalo Grove, IL 60089


Edon Construction Co., Inc.
Attn: Richard Jones, Jr.
77 W. Washington, # 2100
Chicago, IL 60602


Eric A. Nerderlander
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Erick M. Berlinger Trust
974 Skokie Ridge
Glencoe, IL 60022


First CTD, LLC
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


First Hospitality Group, Inc.
Attn: Stephen Schwartz
9700 Higgins Road, Suite 810
Rosemont, IL 60018


Fixler Realty Investments, LLC
PO Box 25
Highland Park, IL 60035


Gary Kaplan
36001 Euclid Ave. C-10
Willoughby, OH 44094


Gina Krol
Cohen & Krol
105 W. Madison, Suite 1100
Chicago, IL 60602

Gloria C. Gray
1520 Park Dr.
Munster, IN 46321


Greenwood Mill Venture, LLC
c/o Dave Flaherty
8900 Keystone Crossing, Suite 1200
Indianapolis, IN 46240


H&H Heating & Cooling, Inc.
245 Jackson Industrial Dr.
Suite A
Ann Arbor, MI 48103


Haag Van Buren L. P.
The Monroe Group
7272 S. Alton Way
Centennial, CO 80112


Hauck Properties, Ltd.
c/o John Shore
900A Adams Crossing
Cincinnati, OH 45202


Heather Berhoff
1025 N. Kingbury St.
Apt. 306
Chicago, IL 60610


Henry Mautner
c/o Midwesco, Inc.
7720 Leigh Ave.
Niles, IL 60714


Henry Shatkin
c/o Shatkin, Arbor, Karlov & Co.
141 W. Jackson
Chicago, IL 60604


Hilton Hospitality, Inc.
7930 Jones Branch Dr.
Mc Lean, VA 22102


Hilton Hotels Corporation
7930 Jones Branch Dr.
Mc Lean, VA 22102

Historic Properties
233 E. Wacker Dr.
Suite 410
Chicago, IL 60601


Homewood Partners, LLC
c/o Michael Tobin
US Equities, 20 N. Michigan Ste 400
Chicago, IL 60602


Howard Gilbert
Wildman Harrold, 225 W. Wacker Dr.
Suite 2800
Chicago, IL 60606


HRR Investments LP
875 N. Michigan
Suite 2505
Chicago, IL 60611


Humecki Studios
428 Division St.
Crete, IL 60417


Hyatt Hotels
71 S. Wacker Dr.
16th Floor
Chicago, IL 60606


Hyde Park Trust & Savings Bank
1525 E. 53rd Street
Chicago, IL 60615


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section L-425
Chicago, IL 60602


Intercontinental Hotels Group
3 Ravinia Dr.
Suite 100
Atlanta, GA 30346-2149

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Irving Leviton
c/o Rootberg Business Services
1 S. Wacker, Suite 1800
Chicago, IL 60606


James E. Carlberg
Bose McKinney & Evans
111 Monument Circle
Indianapolis, IN 46204


James L. Nederlander
1450 Broadway
6th Floor
New York, NY 10018


Jeff Gray
Wildman Harrold Allen Dixon
225 W. Wacker Dr.
Chicago, IL 60606


Jenkins & Huntington, Inc.
737 Stone Ave.
LaGrange, IL 60525


Jenner & Block LLP
Attn: Donald I. Resnick, Esq.
One IBM Plaza
Chicago, IL 60611


John Musso
c/o Shatkin, Arbor, Karlov & Co.
141 W. Jackson
Chicago, IL 60604


Joseph Mann &  Creed
Attn: Michael R. Mulcahy
222 N. LaSalle #2600
Chicago, IL 60601

Kaiser Investments, LLC
70 E. Lake
Suite 1600
Chicago, IL 60601


Kandyla, LLC
c/o Drake James Leoris, Jr.
622 Laurel
Highland Park, IL 60035


Kaplan Investments, Ltd.
36001 Euclid Ave. C-10
Willoughby, OH 44094


Kaplan Investments, Ltd.
160 Valencia Circle
Orange, OH 44022


Ken Fixler
Axis Properties
450 Dundee Road, Suite 604
Northbrook, IL 60062


Ken Lieberman
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


Kim L. McGuire
2724 Noyes
Evanston, IL 60022


Koenigsberg Engineering, P.C.
1550 N. Lakeshore Dr.
Suite 17B
Chicago, IL 60610


Lake's Edge Venture, LLC
c/o Herman & Kittles, Receiver
500 E. 96th St.
Indianapolis, IN 46240


Landmarks Preservation Cncl of IL
53 W Jackson Blvd
Suite 752
Chicago, IL 60604

LaQuinta Hotels
LQ Management LLC
909 Hidden Ridge Suite 600
Irving, TX 75038


Laurence Amusement LLC
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Leaf Mountain Company, Inc.
190 S. LaSalle Street
Suite 1700
Chicago, IL 60603


Lee B. Stern
c/o Lee B. Stern Co.
141 W. Jackson
Chicago, IL 60604


Levenfeld Pearlstein, LLC
Attn: Steven Bright
2 N. Lasalle, Suite 1300
Chicago, IL 60602


Levine Construction
740 Waukegan Road
Suite 400
Deerfield, IL 60015


Lieberman -Dixon, LLC
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


Lloyd Berhoff
2300 Sheridan Rd.
Highland Park, IL 60035


Loren Newman
1188 Oakridge Dr.
Glencoe, IL 60022

Louik Schneider
54 W. Hubbard
Suite 100
Chicago, IL 60654


Louis Raizin
17 N. State St., Suite 810
Chicago, IL 60602


LR Hotel, L.L.C.
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Ludwig & Company
4081 Ryan Road
Gurnee, IL 60031


M-Z Trust #1-6
c/o Paul Sheridan
190 S. LaSalle Street, Suite 1700
Chicago, IL 60603


M.P. Hotel
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Maddin Hauser Wartell Roth & Heller
28400 Northwestern Highway
3rd Floor
Southfield, MI 48034


Marney Dixon
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


Marriott Hotels
10400 Fernwood Rd
Bethesda, MD 20817


Mel Lieberman
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Des Plaines, IL 60018

Michael Shields
1100 Oak Hill
Downers Grove, IL 60515


Michael Tobin
457 Ashland Pl.
Highland Park, IL 60035


Midland Loan Services
13355 Noel Road
Suite 1770
Dallas, TX 75240


Midwest Environment Consulting
513 Countryside Center
Yorkville, IL 60560


Miller, Cooper & Co., Ltd.
1751 Lake Cook Road
Suite 400
Northbrook, IL 60062


Monroe Hotel, LLC c/o Lou Raizin
Nederlander Theatre Mgmt LLC
17 N. State St., Suite 810
Chicago, IL 60602


Monroe Presentations L.L.C.
Att: Louis F. Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Morgan Stanley
Attn: Rene Kapalka
20600 Chagrin Blvd., #550
Chicago, OH 44122


Morgan Stanley Capital Holdings LLC
Attn: Daniel Perlman
191 N. Wacker Dr., 30th Floor
Chicago, IL 60606


Morgan Stanley Capital Holdings LLC
Attn: Stephen Holmes
1221 Avenue of the Americas 27th FL
New York, NY 10020

Nayyar & Nayyar Int'l., Inc.
220 S. State St.
Suite 1400
Chicago, IL 60604


Nederlander Co. LLC
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Nederlander Theatre Management LLC
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Northern JSC Holdings LLC
c/o Bruce Kaplan
311 S. Wacker Dr. #400
Chicago, IL 60606


Northern Majestic Hotel LLC
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


Northern Monroe Hotel Manager, LLC
c/o First Hospitality Group, Inc.
9700 West Higgins Road, Suite 810
Rosemont, IL 60018


Northern Realty Holdings, Inc.
c/o US Equities
20 N. Michigan, Suite 400
Chicago, IL 60602


Northern Shubert Hotel Assoc LLC
c/o First Hospitality Group, Inc.
9700 West Higgins Road, Suite 810
Rosemont, IL 60018


Orix Real Estate Cap Markets LLC
1717 Main Street
12th Floor
Dallas, TX 75204

Paul S. Doppelt
2087 Magnolia Lane
Highland Park, IL 60035


Philip Haag
The Monroe Group
7272 S. Alton Way
Centennial, CO 80112


Phyllis Lieberman
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


Plein Family Partnership
3285 Monitor Lane
Long Grove, IL 60047


Promus Hotels, Inc.
755 Crossover Ln.
Memphis, TN 38117


R. Wayne Nederlander
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Resident Utility Billing Systems LL
% Michael Tobin
20 N. Michigan, Suite 400
Chicago, IL 60602


RGL Construction
4081 Ryan Road
Gurnee, IL 60031


Richard C. Jones, Jr.
Attn: James W. McConkey
10 S. Wacker, # 2300
Chicago, IL 60606


Richard Sundquist
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226

Robert Doppelt
Qsst Trust
2296 Rand Rd.
Palatine, IL 60074


Robert L. Sabin
1751 Lake Cook Road, Suite 400
Deerfield, Il 60015-5286


Robert Nederlander, Jr.
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Robert Nederlander, Sr.
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Robert Wilneff Revocable Trust
c/o Rootberg Business Services
1 S. Wacker
Chicago, IL 60606


Ron Gertzman
205 W. Randolph
Suite 401
Chicago, IL 60606


Ross Economy
c/o Drake James Leoris, Jr.
622 Laurel
Highland Park, IL 60035


Rudolph Lederer
3848 N.W. Vardon Place
Portland, OR 97229


Scott E. Nederlander
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Scott Rogers
45 W. Polk #567
Chicago, IL 60605

Shubert Hotel Associates LLC
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


SLS Westcoast Trust
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


SMS, LLC
c/o Tom Schaffer
BW Phillips, 17450 Halsted
Chicago, IL


Starwood Hotels
1111 Westchester Ave
West Harrison, NY 10604


Stephen Schwartz
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


The Private Bank
Jones & Jacobs
77 W. Washington, # 2100
Chicago, IL 60602


The Sherwin Williams Company
101 Prospect Ave. N.W.
Cleveland, OH 44115-1075


Thomas Schaffer
BW Phillips
17450 Halsted
Homewood, IL


Tinley Park Office Center LLC
c/o Michael Tobin
US Equities, 20 N. Michigan, # 400
Chicago, IL 60602

Tinley Park Office Partners, LLC
c/o Michael Tobin
US Equities, 20 N. Michigan, # 400
Chicago, IL 60602


Valencia Real Estate LLC
c/o Gary Kaplan
36001 Euclid Ave. C-10
Willoughby, OH 44094


Vedder Price Kaufmann & Kammholz PC
222 N. LaSalle Street, Suite 2500
Chicago, IL 60601-1003


Vedder Price. P.C.
Attn: Brian K. Doyle
203 N. LaSalle, # 1900
Chicago, IL 60601


Wells Fargo Bank
Successor by Merger
11000 Broken Land Parkway
Columbia, MD 21044


Wildman Harrold Allen & Dixon LLP
225 W. Wacker
Suite 3000
Chicago, IL 60606


Windy City Broadway, LLC
Broadway In Chicago Attn Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Woodland Meadows Venture LLC
c/o Marquette Property Management
175 Highpoint Dr.
Romeoville, IL 60446-3802


Woodland Park Associates
c/o Bob Symanski, Receiver
PO Box 60670
Chicago, IL 60660

Wyndham Hotels
1950 Stemmons Freeway # 6001
Dallas, TX 75207