# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
KAPLAN, BRUCE ALAN                  §      Case No. 10-02584
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Robert B. Katz_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-02584 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Robert B. Katz |
| Case Name: | KAPLAN, BRUCE ALAN | | | Date Filed (f) or Converted (c): | 01/25/10 (f) |
| | | | | 341(a) Meeting Date: | 03/03/10 |
| For Period Ending: | 02/27/12 | | | Claims Bar Date: | 07/02/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Two bedroom condominium Location: 512 N. McClurg C | 204,000.00 | 0.00 | | 0.00 | FA |
| 2. Location: 512 N. McClurg Court Unit 901, Chicago I | 150.00 | 0.00 | | 0.00 | FA |
| 3. Security deposit on daughter's apartment (See Sche | 875.00 | 0.00 | | 0.00 | FA |
| 4. Location: 512 N. McClurg Court Unit 901, Chicago I | 682.50 | 0.00 | | 0.00 | FA |
| 5. Location: 505 Carlisle Avenue, Deerfield, IL HG&F | 1,307.50 | 0.00 | | 0.00 | FA |
| 6. Ordinary assortment of men's wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. 4 men's watches | 1,250.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous sports equipment Location: 512 N. Mc | 200.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance Policy with West Coast Life No | 0.00 | 0.00 | | 0.00 | FA |
| 10. IRA account at Charles Schwab (as of 1/22/10) (xxx | 118,046.31 | 0.00 | | 0.00 | FA |
| 11. 401(k) plan account at CB Richard Ellis, Inc. Plan | 45,198.73 | 0.00 | | 0.00 | FA |
| 12. 35.9% vested interest in Northern Realty Group, Lt | 250,613.71 | 0.00 | | 0.00 | FA |
| 13. 51% interest in Northern JSC Holdings, LLC (Curren | 38,250.00 | 54,044.58 | | 54,044.58 | FA |
| 14. 43.45% interest in Lake Club Associates, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15. 30% interest in Dover Park, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 16. 5.83% interest in Lake's Edge Venture, LLC | 0.00 | 381.96 | | 381.96 | FA |
| 17. 35% interest in Lake's Edge Partners, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2% interest in Greenwood Mill Venture, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 19. 0.46% interest in Hunters Run Venture, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 20. 30% interest in Hunters Run Partners, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 21. 32.5% interest in Northern Realty Equities, LLC (E | 29,302.00 | 22,582.42 | | 22,582.42 | FA |
| 22. 29.5% interest in Northern Realty Group, Ltd. | 0.00 | 0.00 | | 0.00 | FA |
| 23. 2.68% interest in Homewood Venture, LLC | 0.00 | 540.10 | | 540.10 | FA |
| 24. 32.5% interest in Homewood Partners, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 25. 1.62% interest in Tinley Park Venture, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 26. 30% interest in Tinley Park Partners, LLC | 0.00 | 0.00 | | 0.00 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 16.05c

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 10-02584 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|---|
| Case Name: | KAPLAN, BRUCE ALAN | | | Date Filed (f) or Converted (c): | 01/25/10 (f) |
| | | | | 341(a) Meeting Date: | 03/03/10 |
| | | | | Claims Bar Date: | 07/02/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. 0.81% interest in Woodland Meadows Venture, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 28. 32.5% interest in Woodland Meadows Manager, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 29. 16.25% interest in Deerfield Development Company, | 0.00 | 0.00 | | 0.00 | FA |
| 30. 16.25% interest in Beverly Place, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 31. US Savings Bonds $60,000 Series EE in joint tenanc | 30,050.00 | 30,050.00 | | 38,721.47 | FA |
| 32. Promissory note @ 6% from Todd Siegel due 3/31/10 | 15,000.00 | 15,000.00 | | 15,402.50 | FA |
| 33. 40% interest in CBRE Commission Pool, as of 1/25/1 | 153,673.30 | 39,815.02 | | 39,815.02 | FA |
| 34. 40% interest in CBRE Commission Pool, as of 1/25/1 | 177,824.38 | 85,184.98 | | 85,184.98 | FA |
| 35. Bruce Kaplan Living Trust (Account balances as of | 209,808.89 | 209,486.19 | | 209,617.90 | FA |
| 36. Deposit with IRS for estimated 2009 income tax lia | 465,575.00 | 465,575.00 | | 392,454.67 | FA |
| 37. Deposit with IDR for estimated 2009 income tax lia | 56,709.00 | 56,709.00 | | 67,455.31 | FA |
| 38. Post-Petition Interest Deposits (u) | Unknown | N/A | | 225.97 | Unknown |
| 39. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 40. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 41. Deposit with IRS for estimated 2005 income tax lia (u)<br>    Deposit with IRS for estimated 2005 income tax liability. | 0.00 | 0.00 | | 37,753.50 | FA |
| 42. Deposit with IRS for estimated 2004 income tax lia (u)<br>    Deposit with IRS for estimated 2004 income tax liability. | 0.00 | 0.00 | | 1,189.00 | FA |
| 43. Deposit with IRS for estimated 2006 income tax lia (u)<br>    Deposit with IRS for estimated 2006 income tax liability. | 0.00 | 0.00 | | 93,866.50 | FA |
| 44. Deposit with IRS for estimated 2007 income tax lia (u)<br>    Deposit with IRS for estimated 2007 income tax liability. | 0.00 | 0.00 | | 33,529.50 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,799,516.32 | $979,369.25 | | $1,092,765.38 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                                                                              Ver: 16.05c

Case 10-02584   Doc 89   Filed 04/19/12   Entered 04/19/12 13:42:20   Desc Main
Document      Page 5 of 17

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-02584   JPC   Judge: JACQUELINE P. COX | Trustee Name:   Robert B. Katz |
| Case Name: | KAPLAN, BRUCE ALAN | Date Filed (f) or Converted (c):   01/25/10 (f) |
| | | 341(a) Meeting Date:   03/03/10 |
| | | Claims Bar Date:   07/02/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained cousnel and has proceeded to liquidate debtor's assets including numerous interests, holdings and investments. Partial distribution made in 2011. Trustee recently received Federal Tax Refunds and awaits applications for compensation needed to file a TFR.

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-02584 -JPC | | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- | --- |
| Case Name: | KAPLAN, BRUCE ALAN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2017 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7271 | | | |
| For Period Ending: | 02/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/10 | 32 | Todd L. Siegel<br>1163 Devonshire Rd.<br>Buffalo Grove, IL 60089 | Loan Repay Full | 1121-000 | 15,402.50 | | 15,402.50 |
| 03/31/10 | 23 | Homewood Venture, LLC<br>33 N. Dearborn St., Suite 1200<br>Chicago, IL 60602 | | 1129-000 | 540.10 | | 15,942.60 |
| 03/31/10 | 16 | Michael Tobin Living Trust<br>457 Ashland Place<br>Highland Park, IL 60035 | | 1129-000 | 381.96 | | 16,324.56 |
| 04/14/10 | 35 | Bruce A. Kaplan<br>First American Bank<br>64 N. Fairbanks Ct.<br>Chicago, IL 60611 | | 1129-000 | 209,486.19 | | 225,810.75 |
| 04/14/10 | 35 | Charles Schwab<br>211 Main Street<br>San Francisco, CA 94105 | To close B Kaplan Living Trust Acct | 1129-000 | 131.71 | | 225,942.46 |
| 04/30/10 | 38 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.59 | | 225,946.05 |
| 05/28/10 | 38 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 9.59 | | 225,955.64 |
| 06/09/10 | 34 | Shaw Gussis<br>Client Fund Account<br>321 N. Clark St., STE 800<br>Chicago, IL 60610 | Per Ct. Order 6/8/10 | 1129-000 | 85,184.98 | | 311,140.62 |
| 06/30/10 | 38 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 14.17 | | 311,154.79 |
| 07/06/10 | 31 | Caren F Kaplan<br>512 N. Mclurg Ct.<br>Unit 901<br>Chicago, IL 60611 | | 1129-000 | 38,721.47 | | 349,876.26 |
| 07/06/10 | 33 | Caren F. Kaplan<br>512 N. McClurg Ct. | | 1129-000 | 39,815.02 | | 389,691.28 |

Page Subtotals 389,691.28 0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 16.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 10-02584 -JPC | | Trustee Name: | Robert B. Katz |
| Case Name: | KAPLAN, BRUCE ALAN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2017 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7271 | | | |
| For Period Ending: | 02/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Unit 901 | | | | | |
| | | Chicago, IL 60611 | | | | | |
| 07/30/10 | 38 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 21.93 | | 389,713.21 |
| 08/31/10 | 38 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 23.18 | | 389,736.39 |
| 09/16/10 | 21 | Northern realty Equities, LLC | | 1129-000 | 13,000.00 | | 402,736.39 |
| | | 33 N. Dearborn | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 09/30/10 | 38 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 22.70 | | 402,759.09 |
| 10/29/10 | 38 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 23.94 | | 402,783.03 |
| 11/30/10 | 36 | Bruce A Kaplan | Federal Income Tax Refund | 1124-000 | 272,879.00 | | 675,662.03 |
| | | 512 N. McClurg Ct. | | | | | |
| | | Apt 901 | | | | | |
| | | Chicago, IL 60611-4146 | | | | | |
| 11/30/10 | 38 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 23.18 | | 675,685.21 |
| 12/31/10 | 38 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 39.05 | | 675,724.26 |
| 01/04/11 | | ICON, LLC - As Disbursing Agent for: | | 1129-000 | 88,244.00 | | 763,968.26 |
| | | Joe's Stone Crab/Chicago | | | | | |
| | | 60 E. Grand | | | | | |
| | | Chicago, IL 60611 | | | | | |
| 01/25/11 | 21 | Northern Realty Equities, LLC | | 1129-000 | 9,582.42 | | 773,550.68 |
| | | 33 N. Dearborn | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/26/11 | 000101 | Northern JSC Holdings, LLC | | 4220-002 | | 88,244.00 | 685,306.68 |
| | | c/o Richard Fogel | | | | | |
| | | Shaw Gussis | | | | | |
| | | 321 North Clark Street | | | | | |
| | | Suite 800 | | | | | |
| | | Chicago, IL 60654 | | | | | |
| 01/31/11 | 38 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 44.64 | | 685,351.32 |

Page Subtotals 383,904.04 88,244.00

UST Form 101-7-TFR (5/1/2011) (Page: 7)

LFORM24

Ver: 16.05c

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 10-02584 -JPC |
| Case Name: | KAPLAN, BRUCE ALAN |
| Taxpayer ID No: | *******7271 |
| For Period Ending: | 02/27/12 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2017  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/04/11 | 000102 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | Bond # 016026455 Chapter 7 Blanket Bond Illinois | 2300-000 | | 539.91 | 684,811.41 |
| 03/07/11 | 13 | Northern JSC Holdings, LLC 33 N. Dearborn Chicago, IL 60602 | | 1129-000 | 54,044.58 | | 738,855.99 |
| 04/15/11 | 36 | Caren Kaplan | | 1124-000 | 119,575.67 | | 858,431.66 |
| 04/15/11 | 37 | Judy Baar Topinka Treasurer of the State of Illinois | | 1124-000 | 67,455.31 | | 925,886.97 |
| 10/14/11 | 000103 | ROBERT B. KATZ LAW OFFICES OF ROBERT B. KATZ 53 W. JACKSON BLVD. STE 1320 CHICAGO, IL 60604 | Per Court Order 10/13/11 | 2100-000 | | 38,250.00 | 887,636.97 |
| 10/14/11 | 000104 | David R. Brown Springer, Brown, Covey, Gaertner & Davis 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Per Court Order 10/13/11 | | | 33,628.54 | 854,008.43 |
| | | | Fees          33,229.50 | 3210-000 | | | |
| | | | Expenses        399.04 | 3220-000 | | | |
| 10/14/11 | | Transfer to Acct #*******2020 | Bank Funds Transfer | 9999-000 | | 854,008.43 | 0.00 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 509.85 | -509.85 |
| 11/09/11 | | Transfer from Acct #*******2020 | TRANSFER TO WRITE CHECKS | 9999-000 | 509.85 | | 0.00 |

Page Subtotals    241,585.41    926,936.73

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 16.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 10-02584 -JPC | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|
| Case Name: | KAPLAN, BRUCE ALAN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2017  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7271 | | | |
| For Period Ending: | 02/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,015,180.73 | 1,015,180.73 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 509.85 | 854,008.43 | |
| | | | Subtotal | | 1,014,670.88 | 161,172.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,014,670.88 | 161,172.30 | |

Page Subtotals        0.00        0.00

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-02584 -JPC | | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- | --- |
| Case Name: | KAPLAN, BRUCE ALAN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2020  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7271 | | | |
| For Period Ending: | 02/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/14/11 | | Transfer from Acct #*******2017 | Bank Funds Transfer | 9999-000 | 854,008.43 | | 854,008.43 |
| 10/14/11 | 000101 | Kenneth A. Fixler, Individually<br>450 Skokie Blvd<br>Suite 604<br>Northbrook, IL 60062 | Per court order 10/6/11. | 7100-000 | | 8,822.00 | 845,186.43 |
| 10/14/11 | 000102 | Bank of America<br>Successor to LaSalle National Bank<br>231 S. LaSalle<br>Chicago, IL 60604 | | 7100-000 | | 383,533.00 | 461,653.43 |
| 10/14/11 | 000103 | Bank of America<br>Successor to LaSalle National Bank<br>231 S. LaSalle<br>Chicago, IL 60604 | Per court order 10/6/11. | 7100-000 | | 207,421.00 | 254,232.43 |
| 10/14/11 | 000104 | Bank of America<br>Successor to LaSalle National Bank<br>231 S. LaSalle<br>Chicago, IL 60604 | Per court order 10/6/11. | 7100-000 | | 15,776.00 | 238,456.43 |
| 10/14/11 | 000105 | Bank of America<br>Successor to LaSalle National Bank<br>231 S. LaSalle<br>Chicago, IL 60604 | Per court order 10/6/11. | 7100-000 | | 66,223.00 | 172,233.43 |
| 10/14/11 | 000106 | Hyde Park Trust & Savings Bank<br>Johnathan P Friedland<br>Levenfeld Pearlstein LLC<br>2 N LaSalle St #1300<br>Chicago IL 60602 | Per court order 10/6/11. | 7100-000 | | 18,225.00 | 154,008.43 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 358.92 | 153,649.51 |
| 11/09/11 | 41 | BRUCE ALAN KAPLAN<br>512 N. MCCLURG COURT | 2005 Tax Return | 1224-000 | 37,753.50 | | 191,403.01 |
| | | | Page Subtotals | | 891,761.93 | 700,358.92 | |

FORM 2

Page: 6
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-02584 -JPC | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | KAPLAN, BRUCE ALAN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2020  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7271 | | |
| For Period Ending: | 02/27/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/09/11 | 42 | UNIT 901<br>CHICAGO, IL  60611<br>BRUCE ALAN KAPLAN<br>512 N. MCCLURG COURT | 2004 Tax Return | 1224-000 | 1,189.00 | | 192,592.01 |
| 11/09/11 | 43 | UNIT 901<br>CHICAGO, IL  60611<br>BRUCE ALAN KAPLAN<br>512 N. MCCLURG COURT | 2006 Tax Return | 1224-000 | 93,866.50 | | 286,458.51 |
| 11/09/11 | 44 | UNIT 901<br>CHICAGO, IL  60611<br>BRUCE ALAN KAPLAN<br>512 N. MCCLURG COURT<br>UNIT 901<br>CHICAGO, IL  60611 | 2007 Tax Return | 1224-000 | 33,529.50 | | 319,988.01 |
| 11/09/11 | | Transfer to Acct #*******2017 | TRANSFER TO WRITE CHECKS | 9999-000 | | 509.85 | 319,478.16 |
| 02/07/12 | 000107 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 281.91 | 319,196.25 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 1,020,346.93 | 701,150.68 | 319,196.25 |
| Less:  Bank Transfers/CD's | 854,008.43 | 509.85 | |
| Subtotal | 166,338.50 | 700,640.83 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 166,338.50 | 700,640.83 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********2017 | 1,014,670.88 | 161,172.30 | 0.00 |
| Checking Account (Non-Interest Earn - ********2020 | 166,338.50 | 700,640.83 | 319,196.25 |

Page Subtotals         128,585.00         791.76

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Ver: 16.05c
LFORM24

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-02584 -JPC | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | KAPLAN, BRUCE ALAN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2020  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7271 | | |
| For Period Ending: | 02/27/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 1,181,009.38 | 861,813.13 | 319,196.25 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:  /s/   Robert B. Katz   Date: 02/27/12
                      ROBERT B. KATZ

Page Subtotals                              0.00         0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 27, 2012 |

Case Number:  10-02584  
Debtor Name:  KAPLAN, BRUCE ALAN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-00 | David R. Brown<br>Springer, Brown, Covey, Gaertner & Davis<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $33,628.54 | $33,628.54 | $0.00 |
| 001 3410-00 | Alan D. Lasko & Associates, P.C.<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Administrative | | $10,419.40 | $0.00 | $10,419.40 |
| 000008 | Dept of the Treasury-IRS<br>Internal Revenue Service<br>POBOx 21126<br>Philadelphia PA 19114 | Priority | | $20,000.00 | $0.00 | $20,000.00 |
| 070 7100-00 | Bank of America<br>Successor to LaSalle National Bank<br>231 S. LaSalle<br>Chicago, IL 60604 | Unsecured | | $19,577,248.21 | $383,533.00 | $19,193,715.21 |
| 000001 070 7100-00 | Daley and George, Ltd.<br> c/o Richard Toth (312) 726-8797<br>20 S. Clark St., Suite 400<br>Chicago, IL 60603 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000002 070 7100-00 | Axis Properties LLC & Kenneth A Fixler<br>Paula K Jacobi Esq/Barns & Thomburg LLP<br>1 N Wacker Dr #4400<br>Chicago IL 60606 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000003 070 7100-00 | Kenneth A. Fixler, Individually<br>450 Skokie Blvd<br>Suite 604<br>Northbrook, IL 60062 | Unsecured | | $450,000.00 | $8,822.00 | $441,178.00 |
| 000004 070 7100-00 | Bank of America<br>Successor to LaSalle National Bank<br>231 S. LaSalle<br>Chicago, IL 60604 | Unsecured | | $10,587,394.58 | $207,421.00 | $10,379,973.58 |
| 000005 070 7100-00 | Bank of America<br>Successor to LaSalle National Bank<br>231 S. LaSalle<br>Chicago, IL 60604 | Unsecured | | $804,951.49 | $15,776.00 | $789,175.49 |
| 000006 070 7100-00 | Bank of America<br>Successor to LaSalle National Bank<br>231 S. LaSalle<br>Chicago, IL 60604 | Unsecured | | $3,379,750.62 | $66,223.00 | $3,313,527.62 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 27, 2012 |
|---|---|---|---|---|---|---|

Case Number:  10-02584  
Debtor Name:  KAPLAN, BRUCE ALAN  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | Hyde Park Trust & Savings Bank<br>Johnathan P Friedland<br>Levenfeld Pearlstein LLC<br>2 N LaSalle St #1300<br>Chicago IL 60602 | Unsecured | | $930,000.00 | $18,225.00 | $911,775.00 |
| | Case Totals: | | | $35,793,392.84 | $733,628.54 | $35,059,764.30 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-02584
Case Name: KAPLAN, BRUCE ALAN
Trustee Name: Robert B. Katz

|  |  |
|---|---|
| Balance on hand | $ |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ | $ | $ |
| Attorney for Trustee Fees: David R. Brown | $ | $ | $ |
| Attorney for Trustee Expenses: David R. Brown | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ | $ | $ |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ | $ | $ |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $_____ |
| Remaining Balance | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Kenneth A. Fixler, Individually 450 Skokie Blvd Suite 604 Northbrook, IL 60062 | $ | $ | $ |
| 000004 | Bank of America Successor to LaSalle National Bank 231 S. LaSalle Chicago, IL 60604 | $ | $ | $ |
| 000005 | Bank of America Successor to LaSalle National Bank 231 S. LaSalle Chicago, IL 60604 | $ | $ | $ |
| 000006 | Bank of America Successor to LaSalle National Bank 231 S. LaSalle Chicago, IL 60604 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Hyde Park Trust & Savings Bank<br>Johnathan P Friedland<br>Levenfeld Pearlstein LLC<br>2 N LaSalle St #1300<br>Chicago IL 60602 | $ | $ | $ |
|  | Bank of America<br>Successor to LaSalle<br>National Bank<br>231 S. LaSalle<br>Chicago, IL 60604 | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE