UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KAPLAN, BRUCE ALAN | § | Case No. 10-02584 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          U.S. Bankruptcy Court
          DIrksen Federal Building
          219 S. Dearborn St.
          Room 713
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/14/2012 in Courtroom 680,
          United States Courthouse
          219 S. Dearborn St.
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
KAPLAN, BRUCE ALAN § Case No. 10-02584
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,181,009.38 |
| and approved disbursements of | $ | 861,813.13 |
| leaving a balance on hand of[1] | $ | 319,196.25 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ 56,032.96 | $ 38,250.00 | $ 17,782.96 |
| Attorney for Trustee Fees: David R. Brown | $ 33,229.50 | $ 33,229.50 | $ 0.00 |
| Attorney for Trustee Expenses: David R. Brown | $ 399.04 | $ 399.04 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 10,393.70 | $ 0.00 | $ 10,393.70 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 25.70 | $ 0.00 | $ 25.70 |

Total to be paid for chapter 7 administrative expenses           $       28,202.36
Remaining Balance                                                $      290,993.89

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,729,344.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Kenneth A. Fixler, Individually | $ 450,000.00 | $ 8,822.00 | $ 3,659.28 |
| 000004 | Bank of America | $ 10,587,394.58 | $ 207,421.00 | $ 86,232.39 |
| 000005 | Bank of America | $ 804,951.49 | $ 15,776.00 | $ 6,550.24 |
| 000006 | Bank of America | $ 3,379,750.62 | $ 66,223.00 | $ 27,518.21 |
| 000007 | Hyde Park Trust & Savings Bank | $ 930,000.00 | $ 18,225.00 | $ 7,569.61 |
| | Bank of America | $ 19,577,248.21 | $ 383,533.00 | $ 159,464.16 |
| | Total to be paid to timely general unsecured creditors | | $ | 290,993.89 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Robert B. Katz

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                         Case No. 10-02584-JPC
Bruce Alan Kaplan                                              Chapter 7
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: rmarola              Page 1 of 5                  Date Rcvd: Apr 20, 2012
                              Form ID: pdf006            Total Noticed: 168


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2012.
db           #+Bruce Alan Kaplan,    512 N. McClurg Court,    Unit 901,    Chicago, IL 60611-4146
aty           +Robert B Katz,    Springer Brown Covey Gaetner & Davis,    400 S County Farm Road Suite 330,
                Wheaton, IL 60187-4547
14999252      +22 West Monroe Theater, LLC,    c/o Nederlander Theatre Mgmt LLC,    17 N. State St., Suite 810,
                Chicago, IL 60602-3047
14999253      +55 Heritage LLC,    c/o Wildman Harold,    225 W. Wacker, #3000,    Chicago, IL 60606-3007
14999254      +613 Trust,    c/o Gershon Bassman,    6039 N. Bernard,    Chicago, IL 60659-3415
14999255      +ADCO Management,    c/o Paul Sheridan,    190 S. LaSalle Street, Suite 1700,
                Chicago, IL 60603-3496
14999256      +Alvin Doppelt,    c/o Paul Sheridan,    190 S. LaSalle Street, Suite 1700,    Chicago, IL 60603-3496
14999257      +Alvin Doppelt,    2296 Rand Rd.,    Palatine, IL 60074-1161
14999258      +Arthur Goldner & Associates,    707 Skokie Blvd.,    Suite 100,    Northbrook, IL 60062-2836
14999259      +Axis Properties LLC & Kenneth A Fixler,    Paula K Jacobi Esq/Barns & Thomburg LLP,
                1 N Wacker Dr #4400,    Chicago IL 60606-2841
14999260      +BAC Home Loan Servicing, LP,    P.O. Box 650070,    Dallas, TX 75265-0070
14999271      +BRK Associates, LLC,    512 N. McClurg,    Chicago, IL 60611-5359
14999261      +Baldwin Properties,    70 W. Hubbard,    Chicago, IL 60654-5675
14999263      +Bank of America,    100 North Tryon St.,    Charlotte, NC 28255-0001
14999265       Barnes & Thornburg LLP,    Alan K. Mills,    11 S. Meridian St,    Indianapolis, IN 46204-3535
14999264      +Barnes & Thornburg LLP,    Lisa D. Updike,    600 One Summit Square,    Fort Wayne, IN 46802-3146
14999267      +Best Western International, Inc,    6201 N. 24 Parkway,    Phoenix, AZ 85016-2023
14999268      +Beverly Place, LLC,    c/o Ben Rapal, Receiver,    3440 S. Dearborn St.,    Chicago, IL 60616-5074
14999269      +Bovis Lend Lease,    1 N. Wacker,    Suite 800,    Chicago, IL 60606-2820
14999270      +Brett Berhoff,    65 E. Scott St.,    Apt. 16H,    Chicago, IL 60610-5280
14999272      +Brock Jordan,    Rubin & Levin, P.C.,    342 Massachusetts Avenue,    Indianapolis, IN 46204-2161
14999276      +CBL Interests Limited Partnership,    501 Silverside Rd.,    Suite 87 A-1,
                Wilmington, DE 19809-1374
14999274     #+Caren F. Kaplan,    512 N. McClurg Court,    Unit 901,    Chicago, IL 60611-4146
14999275      +Carlson Companies,    701 Carlson Parkway,    Hopkins, MN 55305-5240
14999277      +Cendant Hotels,    22 Sylvan Way,    Parsippany, NJ 07054-3801
14999278       Chase Bank,    PO Box 9001123,    Louisville, KY 40290-1123
14999279      +Chevron TCI, Inc.,    345 California Street,    30th Floor,    San Francisco, CA 94104-2638
14999281      +Choice Hotels International, Inc.,    10750 Columbia Pike,    Silver Spring, MD 20901-4491
14999282      +Chuhak & Tecson, P.C.,    Attn: Donald J. Russ,    30 S. Wacker Dr., Suite 2500,
                Chicago, IL 60606-7512
14999285      +City View America Fund,    10877 Wilshire Boulevard,    Suite 1200,    Los Angeles, CA 90024-4332
14999283      +City of Chicago,    Attn: Patricia Carrier, Dept of Law,    121 N. LaSalle St., Room 600,
                Chicago, IL 60602-1244
14999284      +City of Chicago,    Attn: Commissioner Dept of Planning,    121 N. LaSalle St., Room 1000,
                Chicago, IL 60602-1209
14999286       Column Financial, Inc.,    11 Madison Avenue,    5th Floor,    New York, NY 10010-3629
14999287      +Credit Suisse First Boston Mtg Capi,    Legal and Compliance Dept,    One Madison Ave.,
                New York, NY 10010-3603
14999295      +DLP Piper Rudnick Gray Cary US LLP,    Attn: Robert Goldman,    203 N. LaSalle St,
                Chicago, IL 60601-1228
14999288      +Daley & George,    20 S. Clark,    Suite 400,    Chicago, IL 60603-1835
15647029      +Daley and George, Ltd.,    c/o Richard Toth  (312) 726-8797,    20 S. Clark St., Suite 400,
                Chicago, IL 60603-1835
14999289      +Dan Musinski,    Attn:James M. Cameron, Jr.,    2723 South State Street # 400,
                Ann Arbor, MI 48104-6188
14999290      +David Malkin, Esq.,    950 3rd Ave,    32nd Floor,    New York, NY 10022-2769
14999291      +David Unger,    c/o Midwesco, Inc.,    7720 Leigh Ave.,    Niles, IL 60714-3416
14999292      +Debra Conrardy Mtichell,    428 N. Clinton St.,    Chicago, IL 60654-8801
14999293       Deerfield Development Company LLC,    c/o Mesirow-Stein Real Estate Inc.,    351N. Clark Street,
                Chicago, IL 60654
14999296      +Donohue Brown Mathewson,    140 S. Dearborn St.,    #700,    Chicago, IL 60603-5225
14999297      +Douglas J. Hanoy/ Feiwell & Hannoy,    251 N. Illinois St., Suite 1700,    PO Box 4414,
                Indianapolis, IN 46204-1944
14999298      +Dykema Gossett PLLC,    2723 S. State Street,    Suite 400,    Ann Arbor, MI 48104-6188
14999299      +Dykema Gosssett PLLC,    135 S. LaSalle, # 1225,    Chicago, IL 60603-4177
14999301      +ECS LLC,    1575 Barclay Blvd.,    Buffalo Grove, IL 60089-4518
14999300      +Earl Liff,    400 E. Ohio,    Apt. 2001,    Chicago, IL 60611-3325
14999302      +Edon Construction Co., Inc.,    Attn: Richard Jones, Jr.,    77 W. Washington, # 2100,
                Chicago, IL 60602-2903
14999303      +Eric A. Nerderlander,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
14999304      +Erick M. Berlinger Trust,    974 Skokie Ridge,    Glencoe, IL 60022-1468
14999305      +First CTD, LLC,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14999306     #+First Hospitality Group, Inc.,    Attn: Stephen Schwartz,    9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14999307      +Fixler Realty Investments, LLC,    PO Box 25,    Highland Park, IL 60035-0025
14999308      +Gary Kaplan,    36001 Euclid Ave. C-10,    Willoughby, OH 44094-4643
14999309      +Gina Krol,    Cohen & Krol,    105 W. Madison, Suite 1100,    Chicago, IL 60602-4600
14999310      +Gloria C. Gray,    1520 Park Dr.,    Munster, IN 46321-2625
```

```
District/off: 0752-1            User: rmarola              Page 2 of 5                  Date Rcvd: Apr 20, 2012
                                Form ID: pdf006            Total Noticed: 168


14999311      +Greenwood Mill Venture, LLC,   c/o Dave Flaherty,   8900 Keystone Crossing, Suite 1200,
                Indianapolis, IN 46240-2136
14999312      +H&H Heating & Cooling, Inc.,   245 Jackson Industrial Dr.,   Suite A,   Ann Arbor, MI 48103-9101
14999313       Haag Van Buren L. P.,   The Monroe Group,   7272 S. Alton Way,   Centennial, CO 80112
14999314      +Hauck Properties, Ltd.,   c/o John Shore,   900A Adams Crossing,   Cincinnati, OH 45202-1666
14999315     #+Heather Berhoff,   1025 N. Kingbury St.,   Apt. 306,   Chicago, IL 60610-3772
14999316      +Henry Mautner,   c/o Midwesco, Inc.,   7720 Leigh Ave.,   Niles, IL 60714-3416
14999317      +Henry Shatkin,   c/o Shatkin, Arbor, Karlov & Co.,   141 W. Jackson,   Chicago, IL 60604-3123
14999318      +Hilton Hospitality, Inc.,   7930 Jones Branch Dr.,   Mc Lean, VA 22102-3388
14999319      +Hilton Hotels Corporation,   7930 Jones Branch Dr.,   Mc Lean, VA 22102-3388
14999320      +Historic Properties,   233 E. Wacker Dr.,   Suite 410,   Chicago, IL 60601-5125
14999321      +Homewood Partners, LLC,   c/o Michael Tobin,   US Equities, 20 N. Michigan Ste 400,
                Chicago, IL 60602-4828
14999322       Howard Gilbert,   Wildman Harrold, 225 W. Wacker Dr.,   Suite 2800,   Chicago, IL 60606
14999324      +Humecki Studios,   428 Division St.,   Crete, IL 60417-2957
14999325      +Hyatt Hotels,   71 S. Wacker Dr.,   16th Floor,   Chicago, IL 60606-4637
14999326      +Hyde Park Trust & Savings Bank,   Johnathan P Friedland,   Levenfeld Pearlstein LLC,
                2 N LaSalle St #1300,   Chicago IL 60602-3709
14999327     ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,   100 W. Randolph,
                Bankruptcy Section L-425,   Chicago, IL 60602)
14999328      +Intercontinental Hotels Group,   3 Ravinia Dr.,   Suite 100,   Atlanta, GA 30346-2121
14999330      +Irving Leviton,   c/o Rootberg Business Services,   1 S. Wacker, Suite 1800,
                Chicago, IL 60606-4630
14999331      +James E. Carlberg,   Bose McKinney & Evans,   111 Monument Circle,   Indianapolis, IN 46204-2426
14999332      +James L. Nederlander,   1450 Broadway,   6th Floor,   New York, NY 10018-2260
14999333      +Jeff Gray,   Wildman Harrold Allen Dixon,   225 W. Wacker Dr.,   Chicago, IL 60606-1349
14999334      +Jenkins & Huntington, Inc.,   737 Stone Ave.,   LaGrange, IL 60525-2725
14999335      +Jenner & Block LLP,   Attn: Donald I. Resnick, Esq.,   One IBM Plaza,   Chicago, IL 60611-3586
14999336      +John Musso,   c/o Shatkin, Arbor, Karlov & Co.,   141 W. Jackson,   Chicago, IL 60604-3123
14999337      +Joseph Mann & Creed,   Attn: Michael R. Mulcahy,   222 N. LaSalle #2600,
                Chicago, IL 60601-1104
14999338      +Kaiser Investments, LLC,   70 E. Lake,   Suite 1600,   Chicago, IL 60601-7446
14999339      +Kandyla, LLC,   c/o Drake James Leoris, Jr.,   622 Laurel,   Highland Park, IL 60035-3502
14999340      +Kaplan Investments, Ltd.,   36001 Euclid Ave. C-10,   Willoughby, OH 44094-4643
14999341      +Kaplan Investments, Ltd.,   160 Valencia Circle,   Orange, OH 44022-1562
14999342       Ken Fixler,   Axis Properties,   450 Dundee Road, Suite 604,   Northbrook, IL 60062
14999343     #+Ken Lieberman,   c/o First Hospitality Group, Inc.,   9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
15650035      +Kenneth A. Fixler, Individually,   450 Skokie Blvd,   Suite 604,   Northbrook, IL 60062-7914
14999344      +Kim L. McGuire,   2724 Noyes,   Evanston, IL 60201-2072
14999359      +LR Hotel, L.L.C.,   c/o Lou Raizin,   17 N. State St., Suite 810,   Chicago, IL 60602-3047
14999348      +LaQuinta Hotels,   LQ Management LLC,   909 Hidden Ridge Suite 600,   Irving, TX 75038-3822
14999346      +Lake's Edge Venture, LLC,   c/o Herman & Kittles, Receiver,   500 E. 96th St.,
                Indianapolis, IN 46240-3765
14999347      +Landmarks Preservation Cncl of IL,   53 W Jackson Blvd,   Suite 752,   Chicago, IL 60604-3699
14999349      +Laurence Amusement LLC,   c/o Lou Raizin,   17 N. State St., Suite 810,   Chicago, IL 60602-3047
14999350      +Leaf Mountain Company, Inc.,   190 S. LaSalle Street,   Suite 1700,   Chicago, IL 60603-3496
14999351      +Lee B. Stern,   c/o Lee B. Stern Co.,   141 W. Jackson,   Chicago, IL 60604-2992
14999353      +Levine Construction,   740 Waukegan Road,   Suite 400,   Deerfield, IL 60015-5503
14999354      +Lieberman -Dixon, LLC,   c/o First Hospitality Group, Inc.,   9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14999356      +Loren Newman,   1188 Oakridge Dr.,   Glencoe, IL 60022-1135
14999357      +Louik Schneider,   54 W. Hubbard,   Suite 100,   Chicago, IL 60654-5614
14999358      +Louis Raizin,   17 N. State St., Suite 810,   Chicago, IL 60602-3047
14999360      +Ludwig & Company,   4081 Ryan Road,   Gurnee, IL 60031-1267
14999361      +M-Z Trust #1-6,   c/o Paul Sheridan,   190 S. LaSalle Street, Suite 1700,
                Chicago, IL 60603-3496
14999362      +M.P. Hotel,   c/o Lou Raizin,   17 N. State St., Suite 810,   Chicago, IL 60602-3047
14999363      +Maddin Hauser Wartell Roth & Heller,   28400 Northwestern Highway,   3rd Floor,
                Southfield, MI 48034-8348
14999364     #+Marney Dixon,   c/o First Hospitality Group, Inc.,   9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14999365      +Marriott Hotels,   10400 Fernwood Rd,   Bethesda, MD 20817-1102
14999366     #+Mel Lieberman,   c/o First Hospitality Group, Inc.,   9700 Higgins Road, Suite 810,
                Des Plaines, IL 60018-4736
14999367      +Michael Shields,   1100 Oak Hill,   Downers Grove, IL 60515-1248
14999368      +Michael Tobin,   457 Ashland Pl.,   Highland Park, IL 60035-5025
14999369      +Midland Loan Services,   13355 Noel Road,   Suite 1770,   Dallas, TX 75240-6829
14999370      +Midwest Environment Consulting,   513 Countryside Center,   Yorkville, IL 60560-1063
14999371       Miller, Cooper & Co., Ltd.,   1751 Lake Cook Road,   Suite 400,   Northbrook, IL 60062
14999372      +Monroe Hotel, LLC c/o Lou Raizin,   Nederlander Theatre Mgmt LLC,   17 N. State St., Suite 810,
                Chicago, IL 60602-3047
14999373      +Monroe Presentations L.L.C.,   Att: Louis F. Raizin,   17 N. State St., Suite 810,
                Chicago, IL 60602-3047
14999374      +Morgan Stanley,   Attn: Rene Kapalka,   20600 Chagrin Blvd., #550,   Chicago, OH 44122-5340
14999376      +Morgan Stanley Capital Holdings LLC,   Attn: Stephen Holmes,
                1221 Avenue of the Americas 27th FL,   New York, NY 10020-1001
14999375      +Morgan Stanley Capital Holdings LLC,   Attn: Daniel Perlman,   191 N. Wacker Dr., 30th Floor,
                Chicago, IL 60606-1914
```

```
District/off: 0752-1          User: rmarola              Page 3 of 5            Date Rcvd: Apr 20, 2012
                              Form ID: pdf006            Total Noticed: 168

14999378      +Nederlander Co. LLC,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
14999379      +Nederlander Theatre Management LLC,    c/o Lou Raizin,    17 N. State St., Suite 810,
                Chicago, IL 60602-3047
14999380      +Northern JSC Holdings LLC,    c/o Bruce Kaplan,    311 S. Wacker Dr. #400,    Chicago, IL 60606-6619
14999381      +Northern Majestic Hotel LLC,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14999382      +Northern Monroe Hotel Manager, LLC,    c/o First Hospitality Group, Inc.,
                9700 West Higgins Road, Suite 810,    Rosemont, IL 60018-4736
14999383      +Northern Realty Holdings, Inc.,    c/o US Equities,    20 N. Michigan, Suite 400,
                Chicago, IL 60602-4828
14999384      +Northern Shubert Hotel Assoc LLC,    c/o First Hospitality Group, Inc.,
                9700 West Higgins Road, Suite 810,    Rosemont, IL 60018-4736
14999385      +Orix Real Estate Cap Markets LLC,    1717 Main Street,    12th Floor,    Dallas, TX 75201-4612
14999386      +Paul S. Doppelt,    2087 Magnolia Lane,    Highland Park, IL 60035-4214
14999387       Philip Haag,    The Monroe Group,    7272 S. Alton Way,    Centennial, CO 80112
14999388     #+Phyllis Lieberman,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14999389      +Plein Family Partnership,    3285 Monitor Lane,    Long Grove, IL 60047-5022
14999390      +Promus Hotels, Inc.,    755 Crossover Ln.,    Memphis, TN 38117-4900
14999391      +R. Wayne Nederlander,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
14999393      +RGL Construction,    4081 Ryan Road,    Gurnee IL 60031-1267
14999392      +Resident Utility Billing Systems LL,     % Michael Tobin,    20 N. Michigan, Suite 400,
                Chicago, IL 60602-4828
14999394      +Richard C. Jones, Jr.,    Attn: James W. McConkey,    10 S. Wacker, # 2300,
                Chicago, IL 60606-7509
14999395      +Richard Sundquist,    Clark Hill PLC,    500 Woodward Avenue, Suite 3500,    Detroit, MI 48226-3435
14999396      +Robert Doppelt,    Qsst Trust,    2296 Rand Rd.,    Palatine, IL 60074-1161
14999397       Robert L. Sabin,    1751 Lake Cook Road, Suite 400,    Deerfield, Il 60015-5286
14999398      +Robert Nederlander, Jr.,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
14999399      +Robert Nederlander, Sr.,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
14999400      +Robert Wilneff Revocable Trust,    c/o Rootberg Business Services,    1 S. Wacker,
                Chicago, IL 60606-5891
14999401      +Ron Gertzman,    205 W. Randolph,    Suite 401,    Chicago, IL 60606-1834
14999402      +Ross Economy,    c/o Drake James Leoris, Jr.,    622 Laurel,    Highland Park, IL 60035-3502
14999403      +Rudolph Lederer,    3848 N.W. Vardon Place,    Portland, OR 97229-0918
14999407     #+SLS Westcoast Trust,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14999408       SMS, LLC,    c/o Tom Schaffer,    BW Phillips, 17450 Halsted,    Chicago, IL
14999404      +Scott E. Nederlander,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
14999405       Scott Rogers,    45 W. Polk #567,    Chicago, IL 60605
14999406      +Shubert Hotel Associates LLC,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14999409     #+Starwood Hotels,    1111 Westchester Ave,    West Harrison, NY 10604-3500
14999410     #+Stephen Schwartz,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14999411      +The Private Bank,    Jones & Jacobs,    77 W. Washington, # 2100,    Chicago, IL 60602-2903
14999412       The Sherwin Williams Company,    101 Prospect Ave. N.W.,    Cleveland, OH 44115-1075
14999413      +Thomas Schaffer,    BW Phillips,    17450 Halsted,    Homewood, IL 60430-4560
14999414      +Tinley Park Office Center LLC,    c/o Michael Tobin,    US Equities, 20 N. Michigan, # 400,
                Chicago, IL 60602-4828
14999415      +Tinley Park Office Partners, LLC,    c/o Michael Tobin,    US Equities, 20 N. Michigan, # 400,
                Chicago, IL 60602-4828
14999416      +Valencia Real Estate LLC,    c/o Gary Kaplan,    36001 Euclid Ave. C-10,
                Willoughby, OH 44094-4643
14999417      +Vedder Price Kaufmann & Kammholz PC,    222 N. LaSalle Street, Suite 2500,
                Chicago, IL 60601-1104
14999418      +Vedder Price. P.C.,    Attn: Brian K. Doyle,    203 N. LaSalle, # 1900,    Chicago, IL 60601-1263
14999419      +Wells Fargo Bank,    Successor by Merger,    11000 Broken Land Parkway,    Columbia, MD 21044-3541
14999420      +Wildman Harrold Allen & Dixon LLP,    225 W. Wacker,    Suite 3000,    Chicago, IL 60606-3007
14999421      +Windy City Broadway, LLC,    Broadway In Chicago Attn Lou Raizin,    17 N. State St., Suite 810,
                Chicago, IL 60602-3047
14999422       Woodland Meadows Venture LLC,    c/o Marquette Property Management,    175 Highpoint Dr.,
                Romeoville, IL 60446-3802
14999423      +Woodland Park Associates,    c/o Bob Symanski, Receiver,    PO Box 60670,    Chicago, IL 60660-0670

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15800974      +E-mail/Text: jfriedland@lplegal.com Apr 21 2012 01:31:48      Hyde Park Bank & Trust Company,
                c/o Jonathan P. Friedland,    Levenfeld Pearlstein, LLC,    2 N. LaSalle, Suite 1300,
                Chicago, IL 60602-3709
14999329       E-mail/Text: cio.bncmail@irs.gov Apr 20 2012 23:56:09      Dept of the Treasury-IRS,
                Internal Revenue Service,    POBOx 21126,    Philadelphia PA 19114
14999352      +E-mail/Text: jfriedland@lplegal.com Apr 21 2012 01:31:48      Levenfeld Pearlstein, LLC,
                Attn: Steven Bright,    2 N. Lasalle, Suite 1300,    Chicago, IL 60602-3709
                                                                                              TOTAL: 3
```

```
District/off: 0752-1           User: rmarola              Page 4 of 5                  Date Rcvd: Apr 20, 2012
                               Form ID: pdf006            Total Noticed: 168

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14999262    ##+Bank of America,    Successor to LaSalle National Bank,    231 S. LaSalle,   Chicago, IL 60604-1206
14999266    ##+Barry Berhoff,    2023 SW Mayflower Dr.,    Palm City, FL 34990-7537
14999273    ##+Building Systems Engineering, LLC,    1755 Park Street,    Suite 150,   Naperville, IL 60563-4862
14999280     ##Chicago CartoGraphics,    228 S. Wabash #401,    Chicago, IL 60604-2306
14999294    ##+DeHaan & Bach,    Attn: Michael B. Bach,    11256 Cornell Park Dr., Suite 500,
              Cincinnati, OH 45242-1832
14999323    ##+HRR Investments LP,    875 N. Michigan,    Suite 2505,   Chicago, IL 60611-1876
14999345    ##+Koenigsberg Engineering, P.C.,    1550 N. Lakeshore Dr.,    Suite 17B,   Chicago, IL 60610-1659
14999355    ##+Lloyd Berhoff,    2300 Sheridan Rd.,    Highland Park, IL 60035-2009
14999377    ##+Nayyar & Nayyar Int'l., Inc.,    220 S. State St.,    Suite 1400,   Chicago, IL 60604-2197
14999424    ##+Wyndham Hotels,    1950 Stemmons Freeway # 6001,    Dallas, TX 75207-3132
                                                                                   TOTALS: 0, * 0, ## 10
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2012**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: rmarola              Page 5 of 5               Date Rcvd: Apr 20, 2012
                              Form ID: pdf006            Total Noticed: 168
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2012 at the address(es) listed below:

      David R Brown    on behalf of Trustee Robert Katz dbrown@springerbrown.com, marigonzo@springerbrown.com;jill@springerbrown.com
      Gary I Blackman    on behalf of Creditor  Hyde Park Bank gblackman@lplegal.com, slevandowski@lplegal.com;druiz@lplegal.com
      Gina B Krol    on behalf of Creditor  Bank of America National Association gkrol@cohenandkrol.com, jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
      Jonathan P Friedland    on behalf of Creditor  Hyde Park Bank jfriedland@lplegal.com, ckrueger@lplegal.com
      Joshua D Greene    on behalf of Trustee Robert Katz jgreene@springerbrown.com, sellis@springerbrown.com
      Kevin C. Driscoll    on behalf of Creditor  Axis Properties kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Richard M Fogel    on behalf of Debtor Bruce Kaplan rfogel@shawgussis.com
      Robert B Katz    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com
      Steven B Towbin    on behalf of Debtor Bruce Kaplan stowbin@shawgussis.com
      Yan  Teytelman    on behalf of Creditor  Bank of America National Association law_4321@yahoo.com, Billbusters@BestClientinc.com;BorgesLawOffice@gmail.com

                                                                                                      TOTAL: 11