IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Bruce Alan Kaplan | ) | No. 10-02584 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Hon. Pamela S. Hollis |
| | ) | BANKRUPTCY JUDGE |

## NOTICE OF WITHDRAWAL OF TRUSTEE'S FINAL REPORT

Robert B. Katz, Trustee, hereby withdraws the Final Report scheduled for hearing on June 14, 2012 at 9:30 AM, which originally appeared on the docket as item number 89.

/s/ Robert B. Katz
Robert B. Katz

Law Offices of Robert B. Katz
53 W. Jackson Boulevard, Suite 1320
Chicago, Illinois 60604
(312) 705-1400
Robert B. Katz (ARDC#: 6184359)