UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **Jacqueline P. Cox**

Bankruptcy Case No.: 10 B 02584
Adversary No.:
Date: June 14, 2012

Title of Case: Bruce Alan Kaplan

Brief Statement of Motion: Notice of Trustee Final Report and Applications for Compensation (docket #90)

Names and Addresses of moving counsel:

Representing:

## ORDER

Trustee's Final Report and Applications for Compensation are withdrawn.

*[signed]*
UNITED STATES BANKRUPTCY JUDGE