# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                        §
                                              §
KAPLAN, BRUCE ALAN                            §        Case No. 10-02584
                                              §
           Debtor(s)                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                             Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:             Claims Discharged
                                              Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on          . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Robert B. Katz, Trustee _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

<u>EXHIBIT 1 – GROSS RECEIPTS</u>

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loan Servicing, LP P.O. Box 650070 Dallas, TX 75265 | | | | | |
| | NORTHERN JSC HOLDINGS, LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| UNITED STATES TREASURY | | | | | |
| DAVID BROWN | | | | | |
| DAVID BROWN | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEPT OF THE TREASURY-IRS | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue 100 W. Randolph Bankruptcy Section L-425 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 22 West Monroe Theater, LLC c/o Nederlander Theatre Mgmt LLC 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | 55 Heritage LLC c/o Wildman Harold 225 W. Wacker, #3000 Chicago, IL 60606 | | | | | |
| | 613 Trust c/o Gershon Bassman 6039 N. Bernard Chicago, IL 60659 | | | | | |
| | ADCO Management c/o Paul Sheridan 190 S. LaSalle Street, Suite 1700 Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alvin Doppelt 2296 Rand Rd. Palatine, IL 60074 | | | | | |
| | Alvin Doppelt c/o Paul Sheridan 190 S. LaSalle Street, Suite 1700 Chicago, IL 60603 | | | | | |
| | Axis Properties, LLC 450 Skokie Blvd. Suite 604 Northbrook, IL 60062 | | | | | |
| | BRK Associates, LLC 512 N. McClurg Chicago, IL 60610 | | | | | |
| | Baldwin Properties 70 W. Hubbard Chicago, IL 60610 | | | | | |
| | Bank of America Successor to LaSalle National Bank 231 S. LaSalle Chicago, IL 60604 | | | | | |
| | Barnes & Thornburg LLP Alan K. Mills 11 S. Meridian St Indianapolis, IN 46204-3535 | | | | | |
| | Barnes & Thornburg LLP Lisa D. Updike 600 One Summit Square Fort Wayne, IN 46802 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barry Berhoff 2023 SW Mayflower Dr. Palm City, FL 34990 | | | | | |
| | Best Western International, Inc 6201 N. 24 Parkway Phoenix, AZ 85016 | | | | | |
| | Beverly Place, LLC c/o Ben Rapal, Receiver 3440 S. Dearborn St. Chicago, IL 60616 | | | | | |
| | Bovis Lend Lease 1 N. Wacker Suite 800 Chicago, IL 60606 | | | | | |
| | Brett Berhoff 65 E. Scott St. Apt. 16H Chicago, IL 60610 | | | | | |
| | Brock Jordan Rubin & Levin, P.C. 342 Massachusetts Avenue Indianapolis, IN 46204 | | | | | |
| | Building Systems Engineering, LLC 1755 Park Street Suite 150 Naperville, IL 60563 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CBL Interests Limited Partnership 501 Silverside Rd. Suite 87 A-1 Wilmington, DE 19809 | | | | | |
| | Carlson Companies 701 Carlson Parkway Hopkins, MN 55305 | | | | | |
| | Cendant Hotels 22 Sylvan Way Parsippany, NJ 07054 | | | | | |
| | Chase Bank PO Box 9001123 Louisville, KY 40290-1123 | | | | | |
| | Chevron TCI, Inc. 345 California Street 30th Floor San Francisco, CA 94104 | | | | | |
| | Chicago CartoGraphics 228 S. Wabash #401 Chicago, IL 60604-2306 | | | | | |
| | Choice Hotels International, Inc. 10750 Columbia Pike Silver Spring, MD 20901 | | | | | |
| | Chuhak & Tecson, P.C. Attn: Donald J. Russ 30 S. Wacker Dr., Suite 2500 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City View America Fund 10877 Wilshire Boulevard Suite 1200 Los Angeles, CA 90024 | | | | | |
| | City of Chicago Attn: Commissioner Dept of Planning 121 N. LaSalle St., Room 1000 Chicago, IL 60602 | | | | | |
| | City of Chicago Attn: Patricia Carrier, Dept of Law 121 N. LaSalle St., Room 600 Chicago, IL 60602 | | | | | |
| | Column Financial, Inc. 11 Madison Avenue 5th Floor New York, NY 10010-3629 | | | | | |
| | Credit Suisse First Boston Mtg Capi Legal and Compliance Dept One Madison Ave. New York, NY 10010 | | | | | |
| | DLA Piper LLP (US) Attn: Robert Goldman 203 N. LaSalle St Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Daley & George 20 S. Clark Suite 400 Chicago, IL 60603 | | | | | |
| | Dan Musinski Attn:James M. Camerson, Jr. 2723 South State Street # 400 Ann Arbor, MI 48104 | | | | | |
| | David Malkin, Esq. 950 3rd Ave 32nd Floor New York, NY 10022-0270 | | | | | |
| | David Unger c/o Midwesco, Inc. 7720 Leigh Ave. Niles, IL 60714 | | | | | |
| | DeHaan & Bach Attn: Michael B. Bach 11256 Cornell Park Dr., Suite 500 Cincinnati, OH 45242 | | | | | |
| | Debra Conrardy Mtichell 428 N. Clinton St. Chicago, IL 60610 | | | | | |
| | Deerfield Development Company LLC c/o Mesirow-Stein Real Estate Inc. 351N. Clark Street Chicago, IL 60654 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Douglas J. Hanoy/ Feiwell & Hannoy 251 N. Illinois St., Suite 1700 PO Box 4414 Indianapolis, IN 46204 | | | | | |
| | Dykema Gosssett PLLC 135 S. LaSalle, # 1225 Chicago, IL 60603 | | | | | |
| | ECS LLC 1575 Barclay Blvd. Buffalo Grove, IL 60089 | | | | | |
| | Earl Liff 400 E. Ohio Apt. 2001 Chicago, IL 60611 | | | | | |
| | Edon Construction Co., Inc. Attn: Richard Jones, Jr. 77 W. Washington, # 2100 Chicago, IL 60602 | | | | | |
| | Eric A. Nerderlander c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Erick M. Berlinger Trust 974 Skokie Ridge Glencoe, IL 60022 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First CTD, LLC c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | First Hospitality Group, Inc. Attn: Stephen Schwartz 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Fixler Realty Investments, LLC PO Box 25 Highland Park, IL 60035 | | | | | |
| | Gary Kaplan 36001 Euclid Ave. C-10 Willoughby, OH 44094 | | | | | |
| | Gloria C. Gray 1520 Park Dr. Munster, IN 46321 | | | | | |
| | Greenwood Mill Venture, LLC c/o Dave Flaherty 8900 Keystone Crossing, Suite 1200 Indianapolis, IN 46240 | | | | | |
| | H&H Heating & Cooling, Inc. 245 Jackson Industrial Dr. Suite A Ann Arbor, MI 48103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HRR Investments LP 875 N. Michigan Suite 2505 Chicago, IL 60611 | | | | | |
| | Haag Van Buren L. P. The Monroe Group 7272 S. Alton Way Centennial, CO 80112 | | | | | |
| | Hauck Properties, Ltd. c/o John Shore 900A Adams Crossing Cincinnati, OH 45202 | | | | | |
| | Heather Berhoff 1025 N. Kingbury St. Apt. 306 Chicago, IL 60610 | | | | | |
| | Henry Mautner c/o Midwesco, Inc. 7720 Leigh Ave. Niles, IL 60714 | | | | | |
| | Henry Shatkin c/o Shatkin, Arbor, Karlov & Co. 141 W. Jackson Chicago, IL 60604 | | | | | |
| | Hilton Hospitality, Inc. 7930 Jones Branch Dr. Mc Lean, VA 22102 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hilton Hotels Corporation 7930 Jones Branch Dr. Mc Lean, VA 22102 | | | | | |
| | Historic Properties 233 E. Wacker Dr. Suite 410 Chicago, IL 60601 | | | | | |
| | Homewood Partners, LLC c/o Michael Tobin US Equities, 20 N. Michigan Ste 400 Chicago, IL 60602 | | | | | |
| | Howard Gilbert Wildman Harrold, 225 W. Wacker Dr. Suite 2800 Chicago, IL 60606 | | | | | |
| | Humecki Studios 428 Division St. Crete, IL 60417 | | | | | |
| | Hyatt Hotels 71 S. Wacker Dr. 16th Floor Chicago, IL 60606 | | | | | |
| | Hyde Park Trust & Savings Bank 1525 E. 53rd Street Chicago, IL 60615 | | | | | |
| | Intercontinental Hotels Group 3 Ravinia Dr. Suite 100 Atlanta, GA 30346-2149 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Irving Leviton c/o Rootberg Business Services 1 S. Wacker, Suite 1800 Chicago, IL 60606 | | | | | |
| | James E. Carlberg Bose McKinney & Evans 111 Monument Circle Indianapolis, IN 46204 | | | | | |
| | James L. Nederlander 1450 Broadway 6th Floor New York, NY 10018 | | | | | |
| | Jeff Gray Wildman Harrold Allen Dixon 225 W. Wacker Dr. Chicago, IL 60606 | | | | | |
| | Jenkins & Huntington, Inc. 737 Stone Ave. LaGrange, IL 60525 | | | | | |
| | Jenner & Block LLP Attn: Donald I. Resnick, Esq. One IBM Plaza Chicago, IL 60611 | | | | | |
| | John Musso c/o Shatkin, Arbor, Karlov & Co. 141 W. Jackson Chicago, IL 60604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joseph Mann & Creed Attn: Michael R. Mulcahy 222 N. LaSalle #2600 Chicago, IL 60601 | | | | | |
| | Kaiser Investments, LLC 70 E. Lake Suite 1600 Chicago, IL 60601 | | | | | |
| | Kandyla, LLC c/o Drake James Leoris, Jr. 622 Laurel Highland Park, IL 60035 | | | | | |
| | Kaplan Investments, Ltd. 160 Valencia Circle Orange, OH 44022 | | | | | |
| | Kaplan Investments, Ltd. 36001 Euclid Ave. C-10 Willoughby, OH 44094 | | | | | |
| | Ken Fixler Axis Properties 450 Dundee Road, Suite 604 Northbrook, IL 60062 | | | | | |
| | Ken Lieberman c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kim L. McGuire 2724 Noyes Evanston, IL 60022 | | | | | |
| | Koenigsberg Engineering, P.C. 1550 N. Lakeshore Dr. Suite 17B Chicago, IL 60610 | | | | | |
| | LR Hotel, L.L.C. c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | LaQuinta Hotels LQ Management LLC 909 Hidden Ridge Suite 600 Irving, TX 75038 | | | | | |
| | Lake's Edge Venture, LLC c/o Herman & Kittles, Receiver 500 E. 96th St. Indianapolis, IN 46240 | | | | | |
| | Landmarks Preservation Cncl of IL 53 W Jackson Blvd Suite 752 Chicago, IL 60604 | | | | | |
| | Laurence Amusement LLC c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Leaf Mountain Company, Inc. 190 S. LaSalle Street Suite 1700 Chicago, IL 60603 | | | | | |
| | Lee B. Stern c/o Lee B. Stern Co. 141 W. Jackson Chicago, IL 60604 | | | | | |
| | Levine Construction 740 Waukegan Road Suite 400 Deerfield, IL 60015 | | | | | |
| | Lieberman -Dixon, LLC c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Lloyd Berhoff 2300 Sheridan Rd. Highland Park, IL 60035 | | | | | |
| | Loren Newman 1188 Oakridge Dr. Glencoe, IL 60022 | | | | | |
| | Louik Schneider 54 W. Hubbard Suite 100 Chicago, IL 60654 | | | | | |
| | Louis Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ludwig & Company 4081 Ryan Road Gurnee, IL 60031 | | | | | |
| | M-Z Trust #1-6 c/o Paul Sheridan 190 S. LaSalle Street, Suite 1700 Chicago, IL 60603 | | | | | |
| | M.P. Hotel c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Maddin Hauser Wartell Roth & Heller 28400 Northwestern Highway 3rd Floor Southfield, MI 48034 | | | | | |
| | Marney Dixon c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Marriott Hotels 10400 Fernwood Rd Bethesda, MD 20817 | | | | | |
| | Mel Lieberman c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Des Plaines, IL 60018 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael Shields 1100 Oak Hill Downers Grove, IL 60515 | | | | | |
| | Michael Tobin 457 Ashland Pl. Highland Park, IL 60035 | | | | | |
| | Midland Loan Services 13355 Noel Road Suite 1770 Dallas, TX 75240 | | | | | |
| | Midwest Environment Consulting 513 Countryside Center Yorkville, IL 60560 | | | | | |
| | Miller, Cooper & Co., Ltd. 1751 Lake Cook Road Suite 400 Northbrook, IL 60062 | | | | | |
| | Monroe Hotel, LLC c/o Lou Raizin Nederlander Theatre Mgmt LLC 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Monroe Presentations L.L.C. Att: Louis F. Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Morgan Stanley Attn: Rene Kapalka 20600 Chagrin Blvd., #550 Chicago, OH 44122 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Morgan Stanley Capital Holdings LLC Attn: Daniel Perlman 191 N. Wacker Dr., 30th Floor Chicago, IL 60606 | | | | | |
| | Morgan Stanley Capital Holdings LLC Attn: Stephen Holmes 1221 Avenue of the Americas 27th FL New York, NY 10020 | | | | | |
| | Nayyar & Nayyar Int'l., Inc. 220 S. State St. Suite 1400 Chicago, IL 60604 | | | | | |
| | Nederlander Co. LLC c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Nederlander Theatre Management LLC c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Northern JSC Holdings LLC c/o Bruce Kaplan 311 S. Wacker Dr. #400 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northern Majestic Hotel LLC c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Northern Monroe Hotel Manager, LLC c/o First Hospitality Group, Inc. 9700 West Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Northern Shubert Hotel Assoc LLC c/o First Hospitality Group, Inc. 9700 West Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Orix Real Estate Cap Markets LLC 1717 Main Street 12th Floor Dallas, TX 75204 | | | | | |
| | Paul S. Doppelt 2087 Magnolia Lane Highland Park, IL 60035 | | | | | |
| | Philip Haag The Monroe Group 7272 S. Alton Way Centennial, CO 80112 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Phyllis Lieberman c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Plein Family Partnership 3285 Monitor Lane Long Grove, IL 60047 | | | | | |
| | Promus Hotels, Inc. 755 Crossover Ln. Memphis, TN 38117 | | | | | |
| | R. Wayne Nederlander c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | RGL Construction 4081 Ryan Road Gurnee, IL 60031 | | | | | |
| | Resident Utility Billing Systems LL % Michael Tobin 20 N. Michigan, Suite 400 Chicago, IL 60602 | | | | | |
| | Richard C. Jones, Jr. Attn: James W. McConkey 10 S. Wacker, # 2300 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Richard Sundquist Clark Hill PLC 500 Woodward Avenue, Suite 3500 Detroit, MI 48226 | | | | | |
| | Robert Doppelt Qsst Trust 2296 Rand Rd. Palatine, IL 60074 | | | | | |
| | Robert L. Sabin 1751 Lake Cook Road, Suite 400 Deerfield, Il 60015-5286 | | | | | |
| | Robert Nederlander, Jr. c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Robert Nederlander, Sr. c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Robert Wilneff Revocable Trust c/o Rootberg Business Services 1 S. Wacker Chicago, IL 60606 | | | | | |
| | Ron Gertzman 205 W. Randolph Suite 401 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ross Economy c/o Drake James Leoris, Jr. 622 Laurel Highland Park, IL 60035 | | | | | |
| | Rudolph Lederer 3848 N.W. Vardon Place Portland, OR 97229 | | | | | |
| | SLS Westcoast Trust c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | SMS, LLC c/o Tom Schaffer BW Phillips, 17450 Halsted Chicago, IL | | | | | |
| | Scott E. Nederlander c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Scott Rogers 45 W. Polk #567 Chicago, IL 60605 | | | | | |
| | Shubert Hotel Associates LLC c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Starwood Hotels 1111 Westchester Ave West Harrison, NY 10604 | | | | | |
| | Stephen Schwartz c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | The Private Bank Jones & Jacobs 77 W. Washington, # 2100 Chicago, IL 60602 | | | | | |
| | The Sherwin Williams Company 101 Prospect Ave. N.W. Cleveland, OH 44115-1075 | | | | | |
| | Thomas Schaffer BW Phillips 17450 Halsted Homewood, IL | | | | | |
| | Tinley Park Office Center LLC c/o Michael Tobin US Equities, 20 N. Michigan, # 400 Chicago, IL 60602 | | | | | |
| | Tinley Park Office Partners, LLC c/o Michael Tobin US Equities, 20 N. Michigan, # 400 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Valencia Real Estate LLC c/o Gary Kaplan 36001 Euclid Ave. C-10 Willoughby, OH 44094 | | | | | |
| | Vedder Price. P.C. Attn: Brian K. Doyle 203 N. LaSalle, # 1900 Chicago, IL 60601 | | | | | |
| | Wells Fargo Bank, as Trustee for Hldrs of Credit Suisse Certificates 11000 Broken Land Parkway Columbia, MD 21044 | | | | | |
| | Wildman Harrold Allen & Dixon LLP 225 W. Wacker Suite 3000 Chicago, IL 60606 | | | | | |
| | Windy City Broadway, LLC Broadway In Chicago Attn Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Woodland Meadows Venture LLC c/o Marquette Property Management 175 Highpoint Dr. Romeoville, IL 60446-3802 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Woodland Park Associates c/o Bob Symanski, Receiver PO Box 60670 Chicago, IL 60660 | | | | | |
| | Wyndham Hotels 1950 Stemmons Freeway # 6001 Dallas, TX 75207 | | | | | |
| 000002 | AXIS PROPERTIES LLC & KENNETH A FIX | | | | | |
| 000004 | BANK OF AMERICA | | | | | |
| 000005 | BANK OF AMERICA | | | | | |
| 000006 | BANK OF AMERICA | | | | | |
| | BANK OF AMERICA2 | | | | | |
| 000001 | DALEY AND GEORGE, LTD. | | | | | |
| 000007 | HYDE PARK TRUST & SAVINGS BANK | | | | | |
| 000003 | KENNETH A. FIXLER, INDIVIDUALLY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-02584    JPC    Judge: JACQUELINE P. COX | |
| Case Name: | KAPLAN, BRUCE ALAN | |
| For Period Ending: | 12/17/12 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Date Filed (f) or Converted (c): | 01/25/10 (f) |
| 341(a) Meeting Date: | 03/03/10 |
| Claims Bar Date: | 07/02/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Two bedroom condominium Location: 512 N. McClurg C | 204,000.00 | 0.00 | | 0.00 | FA |
| 2. Location: 512 N. McClurg Court Unit 901, Chicago I | 150.00 | 0.00 | | 0.00 | FA |
| 3. Security deposit on daughter's apartment (See Sche | 875.00 | 0.00 | | 0.00 | FA |
| 4. Location: 512 N. McClurg Court Unit 901, Chicago I | 682.50 | 0.00 | | 0.00 | FA |
| 5. Location: 505 Carlisle Avenue, Deerfield, IL HG&F | 1,307.50 | 0.00 | | 0.00 | FA |
| 6. Ordinary assortment of men's wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. 4 men's watches | 1,250.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous sports equipment Location: 512 N. Mc | 200.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance Policy with West Coast Life No | 0.00 | 0.00 | | 0.00 | FA |
| 10. IRA account at Charles Schwab (as of 1/22/10) (xxx | 118,046.31 | 0.00 | | 0.00 | FA |
| 11. 401(k) plan account at CB Richard Ellis, Inc. Plan | 45,198.73 | 0.00 | | 0.00 | FA |
| 12. 35.9% vested interest in Northern Realty Group, Lt | 250,613.71 | 0.00 | | 0.00 | FA |
| 13. 51% interest in Northern JSC Holdings, LLC (Curren | 38,250.00 | 54,044.58 | | 54,044.58 | FA |
| 14. 43.45% interest in Lake Club Associates, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15. 30% interest in Dover Park, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 16. 5.83% interest in Lake's Edge Venture, LLC | 0.00 | 381.96 | | 381.96 | FA |
| 17. 35% interest in Lake's Edge Partners, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2% interest in Greenwood Mill Venture, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 19. 0.46% interest in Hunters Run Venture, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 20. 30% interest in Hunters Run Partners, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 21. 32.5% interest in Northern Realty Equities, LLC (E | 29,302.00 | 22,582.42 | | 22,582.42 | FA |
| 22. 29.5% interest in Northern Realty Group, Ltd. | 0.00 | 0.00 | | 0.00 | FA |
| 23. 2.68% interest in Homewood Venture, LLC | 0.00 | 540.10 | | 540.10 | FA |
| 24. 32.5% interest in Homewood Partners, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 25. 1.62% interest in Tinley Park Venture, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 26. 30% interest in Tinley Park Partners, LLC | 0.00 | 0.00 | | 0.00 | FA |

Ver: 17.00b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 31)*

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 10-02584 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | KAPLAN, BRUCE ALAN | | | | Date Filed (f) or Converted (c): | 01/25/10 (f) |
| | | | | | 341(a) Meeting Date: | 03/03/10 |
| | | | | | Claims Bar Date: | 07/02/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. 0.81% interest in Woodland Meadows Venture, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 28. 32.5% interest in Woodland Meadows Manager, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 29. 16.25% interest in Deerfield Development Company, | 0.00 | 0.00 | | 0.00 | FA |
| 30. 16.25% interest in Beverly Place, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 31. US Savings Bonds $60,000 Series EE in joint tenanc | 30,050.00 | 30,050.00 | | 38,721.47 | FA |
| 32. Promissory note @ 6% from Todd Siegel due 3/31/10 | 15,000.00 | 15,000.00 | | 15,402.50 | FA |
| 33. 40% interest in CBRE Commission Pool, as of 1/25/1 | 153,673.30 | 39,815.02 | | 39,815.02 | FA |
| 34. 40% interest in CBRE Commission Pool, as of 1/25/1 | 177,824.38 | 85,184.98 | | 85,184.98 | FA |
| 35. Bruce Kaplan Living Trust (Account balances as of | 209,808.89 | 209,486.19 | | 209,617.90 | FA |
| 36. Deposit with IRS for estimated 2009 income tax lia | 465,575.00 | 465,575.00 | | 392,454.67 | FA |
| 37. Deposit with IDR for estimated 2009 income tax lia | 56,709.00 | 56,709.00 | | 67,455.31 | FA |
| 38. Post-Petition Interest Deposits (u) | Unknown | N/A | | 225.97 | Unknown |
| 39. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 40. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 41. Deposit with IRS for estimated 2005 income tax lia (u)<br>Deposit with IRS for estimated 2005 income tax liability. | 0.00 | 0.00 | | 37,753.50 | FA |
| 42. Deposit with IRS for estimated 2004 income tax lia (u)<br>Deposit with IRS for estimated 2004 income tax liability. | 0.00 | 0.00 | | 1,189.00 | FA |
| 43. Deposit with IRS for estimated 2006 income tax lia (u)<br>Deposit with IRS for estimated 2006 income tax liability. | 0.00 | 0.00 | | 93,866.50 | FA |
| 44. Deposit with IRS for estimated 2007 income tax lia (u)<br>Deposit with IRS for estimated 2007 income tax liability. | 0.00 | 0.00 | | 33,529.50 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,799,516.32 | $979,369.25 | | $1,092,765.38 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

**FORM**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-02584   JPC   Judge: JACQUELINE P. COX | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | KAPLAN, BRUCE ALAN | Date Filed (f) or Converted (c): | 01/25/10 (f) |
| | | 341(a) Meeting Date: | 03/03/10 |
| | | Claims Bar Date: | 07/02/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained cousnel and has proceeded to liquidate debtor's assets including numerous interests, holdings and investments.  Partial distribution made in 2011.  Trustee recently received Federal Tax Refunds and awaits applications for compensation needed to file a TFR.

Initial Projected Date of Final Report (TFR): 12/31/11          Current Projected Date of Final Report (TFR): 12/31/12

Page: 1

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-02584  -JPC | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | KAPLAN, BRUCE ALAN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6920  Checking Account |
| Taxpayer ID No: | *******7271 | | |
| For Period Ending: | 12/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 309,681.25 | | 309,681.25 |
| 10/10/12 | 000101 | ROBERT B. KATZ<br>53 W. Jackson<br>Suite 1320<br>Chicago, IL  60604 | Chapter 7 Compensation/Expense | 2100-000 | | 17,782.96 | 291,898.29 |
| 10/10/12 | 000102 | Alan D. Lasko & Associates, P.C.<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant for Trustee Fees (Other | | | 12,209.30 | 279,688.99 |
| | | | Fees            12,151.70 | 3410-000 | | | |
| | | | Expenses           57.60 | 3420-000 | | | |
| 10/10/12 | 000103 | Bank of America<br>Successor to LaSalle National Bank<br>231 S. LaSalle<br>Chicago, IL 60604 | General Unsecured 726(a)(2) | 7100-000 | | 153,269.85 | 126,419.14 |
| 10/10/12 | 000104 | Kenneth A. Fixler, Individually<br>450 Skokie Blvd<br>Suite 604<br>Northbrook, IL 60062 | Claim 000003, Payment 0.78153% | 7100-000 | | 3,516.90 | 122,902.24 |
| 10/10/12 | 000105 | Bank of America<br>Successor to LaSalle National Bank<br>231 S. LaSalle<br>Chicago, IL 60604 | Claim 000004, Payment 0.78284% | 7100-000 | | 82,882.50 | 40,019.74 |
| 10/10/12 | 000106 | Bank of America<br>Successor to LaSalle National Bank<br>231 S. LaSalle<br>Chicago, IL 60604 | Claim 000005, Payment 0.78210% | 7100-000 | | 6,295.55 | 33,724.19 |
| 10/10/12 | 000107 | Bank of America<br>Successor to LaSalle National Bank | Claim 000006, Payment 0.78257% | 7100-000 | | 26,448.85 | 7,275.34 |

| | | Page Subtotals | | | 309,681.25 | 302,405.91 | |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 34)*

FORM 2                                                                                          Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                               Exhibit 9

| Case No: | 10-02584  -JPC | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | KAPLAN, BRUCE ALAN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6920  Checking Account |
| Taxpayer ID No: | *******7271 | | | |
| For Period Ending: | 12/17/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/10/12 | 000108 | 231 S. LaSalle<br>Chicago, IL 60604<br>Hyde Park Trust & Savings Bank<br>Johnathan P Friedland<br>Levenfeld Pearlstein LLC<br>2 N LaSalle St #1300<br>Chicago IL 60602 | Claim 000007, Payment 0.78229% | 7100-000 | | 7,275.34 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 309,681.25 | 309,681.25 | 0.00 |
| | | Less:  Bank Transfers/CD's | | 309,681.25 | 0.00 | |
| | | Subtotal | | 0.00 | 309,681.25 | |
| | | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 309,681.25 | |

Page Subtotals                  0.00              7,275.34

Ver: 17.00b

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-02584  -JPC | |
| Case Name: | KAPLAN, BRUCE ALAN | |
| | | |
| Taxpayer ID No: | *******7271 | |
| For Period Ending: | 12/17/12 | |

| | | |
|---|---|---|
| Trustee Name: | Robert B. Katz, Trustee | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******2017  Money Market Account (Interest Earn | |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/10 | 32 | Todd L. Siegel 1163 Devonshire Rd. Buffalo Grove, IL 60089 | Loan Repay Full | 1121-000 | 15,402.50 | | 15,402.50 |
| 03/31/10 | 23 | Homewood Venture, LLC 33 N. Dearborn St., Suite 1200 Chicago, IL 60602 | | 1129-000 | 540.10 | | 15,942.60 |
| 03/31/10 | 16 | Michael Tobin Living Trust 457 Ashland Place Highland Park, IL 60035 | | 1129-000 | 381.96 | | 16,324.56 |
| 04/14/10 | 35 | Bruce A. Kaplan First American Bank 64 N. Fairbanks Ct. Chicago, IL 60611 | | 1129-000 | 209,486.19 | | 225,810.75 |
| 04/14/10 | 35 | Charles Schwab 211 Main Street San Francisco, CA 94105 | To close B Kaplan Living Trust Acct | 1129-000 | 131.71 | | 225,942.46 |
| 04/30/10 | 38 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.59 | | 225,946.05 |
| 05/28/10 | 38 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 9.59 | | 225,955.64 |
| 06/09/10 | 34 | Shaw Gussis Client Fund Account 321 N. Clark St., STE 800 Chicago, IL 60610 | Per Ct. Order 6/8/10 | 1129-000 | 85,184.98 | | 311,140.62 |
| 06/30/10 | 38 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 14.17 | | 311,154.79 |
| 07/06/10 | 31 | Caren F Kaplan 512 N. Mclurg Ct. Unit 901 Chicago, IL 60611 | | 1129-000 | 38,721.47 | | 349,876.26 |
| 07/06/10 | 33 | Caren F. Kaplan 512 N. McClurg Ct. | | 1129-000 | 39,815.02 | | 389,691.28 |

| | | |
|---|---|---|
| Page Subtotals | 389,691.28 | 0.00 |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 36)*

FORM 2                                                                                    Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        10-02584  -JPC                              Trustee Name:        Robert B. Katz, Trustee
Case Name:    KAPLAN, BRUCE ALAN                            Bank Name:           BANK OF AMERICA
                                                           Account Number / CD #:   *******2017  Money Market Account (Interest Earn

Taxpayer ID No: *******7271
For Period Ending: 12/17/12                                 Blanket Bond (per case limit):  $ 5,000,000.00
                                                           Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Unit 901 | | | | | |
| | | Chicago, IL 60611 | | | | | |
| 07/30/10 | 38 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 21.93 | | 389,713.21 |
| 08/31/10 | 38 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 23.18 | | 389,736.39 |
| 09/16/10 | 21 | Northern realty Equities, LLC | | 1129-000 | 13,000.00 | | 402,736.39 |
| | | 33 N. Dearborn | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 09/30/10 | 38 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 22.70 | | 402,759.09 |
| 10/29/10 | 38 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 23.94 | | 402,783.03 |
| 11/30/10 | 36 | Bruce A Kaplan | Federal Income Tax Refund | 1124-000 | 272,879.00 | | 675,662.03 |
| | | 512 N. McClurg Ct. | | | | | |
| | | Apt 901 | | | | | |
| | | Chicago, IL 60611-4146 | | | | | |
| 11/30/10 | 38 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 23.18 | | 675,685.21 |
| 12/31/10 | 38 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 39.05 | | 675,724.26 |
| 01/04/11 | | ICON, LLC - As Disbursing Agent for: | | 1129-000 | 88,244.00 | | 763,968.26 |
| | | Joe's Stone Crab/Chicago | | | | | |
| | | 60 E. Grand | | | | | |
| | | Chicago, IL 60611 | | | | | |
| 01/25/11 | 21 | Northern Realty Equities, LLC | | 1129-000 | 9,582.42 | | 773,550.68 |
| | | 33 N. Dearborn | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/26/11 | 000101 | Northern JSC Holdings, LLC | | 4220-002 | | 88,244.00 | 685,306.68 |
| | | c/o Richard Fogel | | | | | |
| | | Shaw Gussis | | | | | |
| | | 321 North Clark Street | | | | | |
| | | Suite 800 | | | | | |
| | | Chicago, IL 60654 | | | | | |
| 01/31/11 | 38 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 44.64 | | 685,351.32 |

Page Subtotals            383,904.04            88,244.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 37)*

FORM 2    Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          10-02584  -JPC
Case Name:     KAPLAN, BRUCE ALAN

Taxpayer ID No: *******7271
For Period Ending: 12/17/12

Trustee Name:                    Robert B. Katz, Trustee
Bank Name:                       BANK OF AMERICA
Account Number / CD #:    *******2017  Money Market Account (Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/04/11 | 000102 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond # 016026455<br>Chapter 7 Blanket Bond Illinois | 2300-000 | | 539.91 | 684,811.41 |
| 03/07/11 | 13 | Northern JSC Holdings, LLC<br>33 N. Dearborn<br>Chicago, IL 60602 | | 1129-000 | 54,044.58 | | 738,855.99 |
| 04/15/11 | 36 | Caren Kaplan | | 1124-000 | 119,575.67 | | 858,431.66 |
| 04/15/11 | 37 | Judy Baar Topinka<br>Treasurer of the State of Illinois | | 1124-000 | 67,455.31 | | 925,886.97 |
| 10/14/11 | 000103 | ROBERT B. KATZ<br>LAW OFFICES OF ROBERT B. KATZ<br>53 W. JACKSON BLVD. STE 1320<br>CHICAGO, IL 60604 | Per Court Order 10/13/11 | 2100-000 | | 38,250.00 | 887,636.97 |
| 10/14/11 | 000104 | David R. Brown<br>Springer, Brown, Covey, Gaertner & Davis<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Per Court Order 10/13/11 | | | 33,628.54 | 854,008.43 |
| | | | Fees            33,229.50 | 3210-000 | | | |
| | | | Expenses        399.04 | 3220-000 | | | |
| 10/14/11 | | Transfer to Acct #*******2020 | Bank Funds Transfer | 9999-000 | | 854,008.43 | 0.00 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 509.85 | -509.85 |
| 11/09/11 | | Transfer from Acct #*******2020 | TRANSFER TO WRITE CHECKS | 9999-000 | 509.85 | | 0.00 |

Page Subtotals          241,585.41          926,936.73

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 10-02584 -JPC | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | KAPLAN, BRUCE ALAN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2017  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7271 | | |
| For Period Ending: | 12/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,015,180.73 | 1,015,180.73 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 509.85 | 854,008.43 | |
| | | | Subtotal | | 1,014,670.88 | 161,172.30 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,014,670.88 | 161,172.30 | |

Page Subtotals          0.00          0.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 39)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| Case No: | 10-02584  -JPC | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | KAPLAN, BRUCE ALAN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2020  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7271 | | | |
| For Period Ending: | 12/17/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/14/11 | | Transfer from Acct #*******2017 | Bank Funds Transfer | 9999-000 | 854,008.43 | | 854,008.43 |
| 10/14/11 | 000101 | Kenneth A. Fixler, Individually | Per court order 10/6/11. | 7100-000 | | 8,822.00 | 845,186.43 |
| | | 450 Skokie Blvd | | | | | |
| | | Suite 604 | | | | | |
| | | Northbrook, IL 60062 | | | | | |
| 10/14/11 | 000102 | Bank of America | | 7100-000 | | 383,533.00 | 461,653.43 |
| | | Successor to LaSalle National Bank | | | | | |
| | | 231 S. LaSalle | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 10/14/11 | 000103 | Bank of America | Per court order 10/6/11. | 7100-000 | | 207,421.00 | 254,232.43 |
| | | Successor to LaSalle National Bank | | | | | |
| | | 231 S. LaSalle | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 10/14/11 | 000104 | Bank of America | Per court order 10/6/11. | 7100-000 | | 15,776.00 | 238,456.43 |
| | | Successor to LaSalle National Bank | | | | | |
| | | 231 S. LaSalle | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 10/14/11 | 000105 | Bank of America | Per court order 10/6/11. | 7100-000 | | 66,223.00 | 172,233.43 |
| | | Successor to LaSalle National Bank | | | | | |
| | | 231 S. LaSalle | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 10/14/11 | 000106 | Hyde Park Trust & Savings Bank | Per court order 10/6/11. | 7100-000 | | 18,225.00 | 154,008.43 |
| | | Johnathan P Friedland | | | | | |
| | | Levenfeld Pearlstein LLC | | | | | |
| | | 2 N LaSalle St #1300 | | | | | |
| | | Chicago IL 60602 | | | | | |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 358.92 | 153,649.51 |
| 11/09/11 | 41 | BRUCE ALAN KAPLAN | 2005 Tax Return | 1224-000 | 37,753.50 | | 191,403.01 |
| | | 512 N. MCCLURG COURT | | | | | |

| | Page Subtotals | 891,761.93 | 700,358.92 |
|---|---|---|---|

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 40)*

Ver: 17.00b

FORM 2                                                                    Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| Case No: | 10-02584  -JPC | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | KAPLAN, BRUCE ALAN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2020  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7271 | | | |
| For Period Ending: | 12/17/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/09/11 | 42 | UNIT 901 CHICAGO, IL  60611 BRUCE ALAN KAPLAN 512 N. MCCLURG COURT | 2004 Tax Return | 1224-000 | 1,189.00 | | 192,592.01 |
| 11/09/11 | 43 | UNIT 901 CHICAGO, IL  60611 BRUCE ALAN KAPLAN 512 N. MCCLURG COURT | 2006 Tax Return | 1224-000 | 93,866.50 | | 286,458.51 |
| 11/09/11 | 44 | UNIT 901 CHICAGO, IL  60611 BRUCE ALAN KAPLAN 512 N. MCCLURG COURT | 2007 Tax Return | 1224-000 | 33,529.50 | | 319,988.01 |
| 11/09/11 | | UNIT 901 CHICAGO, IL  60611 Transfer to Acct #*******2017 | TRANSFER TO WRITE CHECKS | 9999-000 | | 509.85 | 319,478.16 |
| 02/07/12 | 000107 | International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 281.91 | 319,196.25 |
| 05/29/12 | 000108 | United States Treasury | 2011 Taxes | 2810-000 | | 9,515.00 | 309,681.25 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 309,681.25 | 0.00 |

|  | Page Subtotals | 128,585.00 | 319,988.01 |

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   9

Exhibit 9

| Case No: | 10-02584  -JPC | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | KAPLAN, BRUCE ALAN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2020  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7271 | | |
| For Period Ending: | 12/17/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,020,346.93 | 1,020,346.93 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 854,008.43 | 310,191.10 | |
| | | | Subtotal | | 166,338.50 | 710,155.83 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 166,338.50 | 710,155.83 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account - *******6920 | 0.00 | 309,681.25 | 0.00 |
| | Money Market Account (Interest Earn - *******2017 | 1,014,670.88 | 161,172.30 | 0.00 |
| | Checking Account (Non-Interest Earn - *******2020 | 166,338.50 | 710,155.83 | 0.00 |
| | | ------------------------- | ------------------------- | ------------------------- |
| | | 1,181,009.38 | 1,181,009.38 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: ___/s/___ Robert B. Katz, Trustee _____ Date: 12/17/12

ROBERT B. KATZ, TRUSTEE

Page Subtotals                    0.00                    0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 42)*